United States District Court - Eastern District of New York

---

MARK A. FAVORS, ET AL.                ) Index No.: CV11-5632
                                      )
                                      )
                                      )
            Plaintiff                 ) **AFFIDAVIT OF SERVICE**
         v.                           )
ANDREW M. CUOMO, ET AL.               )
                                      )
                                      )
            Defendant                 )

---

STATE OF   New York: COUNTY OF   New York     ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.   That on NOVEMBER 21, 2011 at 2:00 PM at C/O OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on ANDREW M. CUOMO, as GOVERNOR OF THE STATE OF NEW YORK, therein named.

By delivering a true copy of each to RICHARD BREWSTER, the ASSISTANT ATTORNEY GENERAL OF THE STATE OF NEW YORK/AUTHORIZED AGENT on behalf of ANDREW M. CUOMO, as GOVERNOR OF THE STATE OF NEW YORK.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Male      Race/Skin: White      Hair: Grey      Glasses: Yes      Age: 60      Height: 5'10"      Weight: 200

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at NEW YORK STATE CAPITAL BUILDING, ALBANY, NY 12224 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this _____2_____ day of _December_, 2011.
My Commission Expires: _____
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6120768
Qualified in Queens County
Commission Expires March 28, 2013

Client Reference:
Target Research & Investigation Corporation  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600

United States District Court - Eastern District of New York

---

| | |
|---|---|
| MARK A. FAVORS, ET AL. | ) Index No.: CV11-5632 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| ANDREW M. CUOMO, ET AL. | ) |
| | ) |
| Defendant | ) |

---

STATE OF   New York: COUNTY OF   New York     ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.   That on NOVEMBER 21, 2011 at 2:00 PM at C/O OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on ERIC T. SCHNEIDERMAN, as ATTORNEY GENERAL OF THE STATE OF NEW YORK, therein named.

By delivering a true copy of each to RICHARD BREWSTER, the ASSISTANT ATTORNEY GENERAL OF THE STATE OF NEW YORK/AUTHORIZED AGENT on behalf of ERIC T. SCHNEIDERMAN, as ATTORNEY GENERAL OF THE STATE OF NEW YORK.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Male     Race/Skin: White     Hair: Grey     Glasses: Yes     Age: 60     Height: 5'10"     Weight: 200

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, 24TH FLOOR, NEW YORK, NY 10271 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this ___2nd___ day of ___December___, 2011.
_____
Notary Public
My Commission Expires:

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

Client Reference:
Target Research & Investigation Corporation  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600

United States District Court - Eastern District of New York

---

MARK A. FAVORS, ET AL.                      ) Index No.: CV11-5632
                                            )
                                            )
                                            )
                    Plaintiff               ) **AFFIDAVIT OF SERVICE**
            v.                              )
ANDREW M. CUOMO, ET AL.                     )
                                            )
                                            )
                    Defendant               )

---

STATE OF New York: COUNTY OF New York    ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey. That on NOVEMBER 21, 2011 at 2:00 PM at C/O OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on ROBERT J. DUFFY, as PRESIDENT OF THE SENATE OF THE STATE OF NEW YORK, therein named.

By delivering a true copy of each to RICHARD BREWSTER, the ASSISTANT ATTORNEY GENERAL OF THE STATE OF NEW YORK/AUTHORIZED AGENT on behalf of ROBERT J. DUFFY, as PRESIDENT OF THE SENATE OF THE STATE OF NEW YORK.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Grey    Glasses: Yes    Age: 60    Height: 5'10"    Weight: 200

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at NEW YORK STATE CAPITOL BUILDING, ALBANY, NY 12224 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this _____ day of December, 2011.
My Commission Expires: _____
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

Client Reference:
Target Research & Investigation Corporation • 20 Vesey Street, PH, New York, NY 10007 • (212) 227-9600

United States District Court - Eastern District of New York

---

MARK A. FAVORS, ET AL.  ) Index No.: CV11-5632
) 
) 
) 
            Plaintiff   ) **AFFIDAVIT OF SERVICE**
        v.              )
ANDREW M. CUOMO, ET AL. )
)
)
            Defendant   )

---

STATE OF  New York: COUNTY OF  New York     ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.  That on NOVEMBER 21, 2011 at 2:00 PM at C/O OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on DEAN G. SKELOS, as Majority Leader and President Pro Tempore of the Senate of the State of New York therein named.

By delivering a true copy of each to RICHARD BREWSTER, the ASSISTANT ATTORNEY GENERAL OF THE STATE OF NEW YORK/AUTHORIZED AGENT on behalf of DEAN G. SKELOS, as Majority Leader and President Pro Tempore of the Senate of the State of New York.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Male     Race/Skin: White     Hair: Grey     Glasses: Yes     Age: 60     Height: 5'10"     Weight: 200

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at LEGISLATIVE OFFICE BUILDING, ROOM 909, ALBANY, NY 12247 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this _____ day of _December_, 2011.
My Commission Expires:
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

Client Reference:
Target Research & Investigation Corporation  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600

United States District Court - Eastern District of New York

---

MARK A. FAVORS, ET AL.

              Plaintiff

v.

ANDREW M. CUOMO, ET AL.

              Defendant

) Index No.: CV11-5632
)
) **AFFIDAVIT OF SERVICE**
)

---

STATE OF New York: COUNTY OF New York    ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey. That on NOVEMBER 21, 2011 at 2:00 PM at C/O OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on SHELDON SILVER, as SPEAKER OF THE ASSEMBLY OF THE STATE OF NEW YORK therein named.

By delivering a true copy of each to RICHARD BREWSTER, the ASSISTANT ATTORNEY GENERAL OF THE STATE OF NEW YORK/AUTHORIZED AGENT on behalf of SHELDON SILVER, as SPEAKER OF THE ASSEMBLY OF THE STATE OF NEW YORK.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male     Race/Skin: White     Hair: Grey     Glasses: Yes     Age: 60     Height: 5'10"     Weight: 200

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at 250 BROADWAY, SUITE 2307, NEW YORK, NY 10007 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                              Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this _____ 2nd day of December, 2011.
                              My Commission Expires:
Notary Public

                            CHRISTINA O'SULLIVAN
                     NOTARY PUBLIC-STATE OF NEW YORK
                             No. 01OS6124768
                           Qualified in Queens County
                     Commission Expires March 28, 2013

Client Reference:
    Target Research & Investigation Corporation  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600

United States District Court - Eastern District of New York

---

MARK A. FAVORS, ET AL.               ) Index No.: CV11-5632
                                     )
              Plaintiff              ) **AFFIDAVIT OF SERVICE**
          v.                         )
ANDREW M. CUOMO, ET AL.              )
                                     )
              Defendant              )

---

STATE OF   New York: COUNTY OF   New York     ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.  That on NOVEMBER 21, 2011 at 2:00 PM at C/O OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on JOHN L. SAMPSON, as MINORITY LEADER OF THE SENATE OF THE STATE OF NEW YORK therein named.

By delivering a true copy of each to RICHARD BREWSTER, the ASSISTANT ATTORNEY GENERAL OF THE STATE OF NEW YORK/AUTHORIZED AGENT on behalf of JOHN L. SAMPSON, as MINORITY LEADER OF THE SENATE OF THE STATE OF NEW YORK.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Male     Race/Skin: White      Hair: Grey     Glasses: Yes     Age: 60     Height: 5'10"     Weight: 200

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at 188 STATE STREET ROOM 907, LEGISLATIVE OFFICE BUILDING, ALBANY, NY 12247 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this _____ day of _December_, 2011.
My Commission Expires:
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

Client Reference:
Target Research & Investigation Corporation  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600

United States District Court - Eastern District of New York

---

MARK A. FAVORS, ET AL.                    ) Index No.: CV11-5632
                                          )
                                          )
                                          )
                  Plaintiff               ) **AFFIDAVIT OF SERVICE**
              v.                          )
ANDREW M. CUOMO, ET AL.                   )
                                          )
                                          )
                  Defendant               )

---

STATE OF   New York: COUNTY OF   New York      ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.  That on NOVEMBER 21, 2011 at 2:00 PM at C/O OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on BRIAN M. KOLB, as MINORITY LEADER OF THE ASSEMBLY OF THE STATE OF NEW YORK therein named.

By delivering a true copy of each to RICHARD BREWSTER, the ASSISTANT ATTORNEY GENERAL OF THE STATE OF NEW YORK/AUTHORIZED AGENT on behalf of BRIAN M. KOLB, as MINORITY LEADER OF THE ASSEMBLY OF THE STATE OF NEW YORK.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Male      Race/Skin: White      Hair: Grey      Glasses: Yes      Age: 60      Height: 5'10"      Weight: 200

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at LEGISLATIVE OFFICE BUILDING, ROOM 933, ALBANY, NY 12248 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this _____ day of __December__, 2011.
Notary Public              My Commission Expires:

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

Client Reference:
Target Research & Investigation Corporation  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600

United States District Court - Eastern District of New York

---

MARK A. FAVORS, ET AL.  ) Index No.: CV11-5632
) 
) 
) 
            Plaintiff  ) **AFFIDAVIT OF SERVICE**
        v.  ) 
ANDREW M. CUOMO, ET AL.  ) 
) 
) 
            Defendant  ) 

---

STATE OF   New York: COUNTY OF   New York      ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.   That on NOVEMBER 21, 2011 at 2:00 PM at C/O OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on ROBERT OAKS, as Member of LATFOR therein named.

By delivering a true copy of each to RICHARD BREWSTER, the ASSISTANT ATTORNEY GENERAL OF THE STATE OF NEW YORK/AUTHORIZED AGENT on behalf of ROBERT OAKS, as Member of LATFOR.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Male        Race/Skin: White         Hair: Grey         Glasses: Yes        Age: 60        Height: 5'10"        Weight: 200

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at 250 BROADWAY, SUITE 2100, NEW YORK, NY 10007 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                                          Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this _____ 2nd _____ day of __December__, 2011.
            My Commission Expires:
Notary Public

                            CHRISTINA O'SULLIVAN
                        NOTARY PUBLIC-STATE OF NEW YORK
                                No. 01OS6124768
                            Qualified in Queens County
                        Commission Expires March 28, 2013

---

Client Reference:
**Target Research & Investigation Corporation   •   20 Vesey Street, PH, New York, NY 10007   •   (212) 227-9600**

United States District Court - Eastern District of New York

---

| | |
|---|---|
| MARK A. FAVORS, ET AL. | ) Index No.: CV11-5632 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| ANDREW M. CUOMO, ET AL. | ) |
| | ) |
| Defendant | ) |

---

STATE OF   New York: COUNTY OF   New York      ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.   That on NOVEMBER 21, 2011 at 2:00 PM at C/O OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on ROMAN HEDGES, as Member of LATFOR therein named.

By delivering a true copy of each to RICHARD BREWSTER, the ASSISTANT ATTORNEY GENERAL OF THE STATE OF NEW YORK/AUTHORIZED AGENT on behalf of ROMAN HEDGES, as Member of LATFOR.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Male      Race/Skin: White      Hair: Grey      Glasses: Yes      Age: 60      Height: 5'10"      Weight: 200

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at 250 BROADWAY, SUITE 2100, NEW YORK, NY 10007 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:


I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this _____2nd_____ day of ___December___, 2011.
My Commission Expires: _____
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

Client Reference:
Target Research & Investigation Corporation   •   20 Vesey Street, PH, New York, NY 10007   •   (212) 227-9600

United States District Court - Eastern District of New York

------------------------------------------------------------

MARK A. FAVORS, ET AL.                    ) Index No.: CV11-5632
                                          )
                                          )
                                          )
                   Plaintiff              ) **AFFIDAVIT OF SERVICE**
            v.                            )
ANDREW M. CUOMO, ET AL.                   )
                                          )
                                          )
                   Defendant              )

------------------------------------------------------------

STATE OF   New York: COUNTY OF   New York      ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.  That on NOVEMBER 21, 2011 at 2:00 PM at C/O OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on MARTIN MALAVE DILAN, as Member of LATFOR therein named.

By delivering a true copy of each to RICHARD BREWSTER, the ASSISTANT ATTORNEY GENERAL OF THE STATE OF NEW YORK/AUTHORIZED AGENT on behalf of MARTIN MALAVE DILAN, as Member of LATFOR.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Male      Race/Skin: White      Hair: Grey      Glasses: Yes      Age: 60      Height: 5'10"      Weight: 200

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at 250 BROADWAY, SUITE 2100, NEW YORK, NY 10007 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this _____ 2nd day of _December_, 2011.
_____
Notary Public
My Commission Expires:

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

Client Reference:
Target Research & Investigation Corporation  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600

United States District Court - Eastern District of New York

---

MARK A. FAVORS, ET AL.                    ) Index No.: CV11-5632
                                          )
                                          )
                                          )
                    Plaintiff             ) **AFFIDAVIT OF SERVICE**
              v.                          )
ANDREW M. CUOMO, ET AL.                   )
                                          )
                                          )
                    Defendant             )

---

STATE OF   New York: COUNTY OF   New York        ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.   That on NOVEMBER 21, 2011 at 2:00 PM at C/O OFFICE OF THE ATTORNEY GENERAL, 120 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on WELQUIS R. LOPEZ, as Member of LATFOR therein named.

By delivering a true copy of each to RICHARD BREWSTER, the ASSISTANT ATTORNEY GENERAL OF THE STATE OF NEW YORK/AUTHORIZED AGENT on behalf of WELQUIS R. LOPEZ, as Member of LATFOR.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Male       Race/Skin: White        Hair: Grey        Glasses: Yes        Age: 60        Height: 5'10"        Weight: 200

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at 250 BROADWAY, SUITE 2100, NEW YORK, NY 10007 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                                          _____
                                          Harlin Parker  Lic. #793198

Subscribed and sworn to before me, a notary public, on this _____ day of _December_, 2011.
                          My Commission Expires:
_____
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

Client Reference:
Target Research & Investigation Corporation  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600

United States District Court - Eastern District of New York

---

MARK A. FAVORS, ET AL.   ) Index No.: CV11-5632
                         )
                         )
                         )
            Plaintiff    ) **AFFIDAVIT OF SERVICE**
         v.              )
ANDREW M. CUOMO, ET AL.  )
                         )
                         )
            Defendant    )

---

STATE OF New York: COUNTY OF New York    ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey. That on NOVEMBER 21, 2011 at 1:20 PM at 250 BROADWAY, SUITE 2100, NEW YORK, NY 10007, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on MICHAEL F. NOZZOLIO, as MEMBER OF LATFOR therein named.

By delivering a true copy of each to DEBRA LEVINE, the CO-EXECUTIVE DIRECTOR/ AUTHORIZED AGENT on behalf of MICHAEL F. NOZZOLIO, as MEMBER OF LATFOR.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Red    Glasses: No    Age: 40    Height: 5'5"    Weight: 120

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at 250 Broadway, Suite 2100, New York, NY 10007 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS: Debra Levine is the CO-EXECUTIVE DIRECTOR AT THE NEW YORK STATE LEGISLATIVE TASKFORCE ON DEMOGRAPHIC RESEARCH AND REAPPORTIONMENT ("LATFOR").

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this ____2nd____ day of __December__, 2011.
_____
Notary Public                My Commission Expires:

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

---

ID: 11-010244                                                                    Client Reference:
**Target Research & Investigation Corporation** • 20 Vesey Street, PH, New York, NY 10007 • (212) 227-9600

United States District Court - Eastern District of New York

---

MARK A. FAVORS, ET AL.                    ) Index No.: CV11-5632
                                          )
                                          )
                                          )
              Plaintiff                   ) **AFFIDAVIT OF SERVICE**
       v.                                 )
ANDREW M. CUOMO, ET AL.                   )
                                          )
                                          )
              Defendant                   )

---

STATE OF New York: COUNTY OF New York    ss:

I, HARLIN PARKER, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey. That on NOVEMBER 21, 2011 at 1:20 PM at 250 BROADWAY, SUITE 2100, NEW YORK, NY 10007, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on JOHN J. MCENENY, as MEMBER OF LATFOR, therein named.

By delivering a true copy of each to DEBRA LEVINE, the CO-EXECUTIVE DIRECTOR/AUTHORIZED AGENT on behalf of JOHN J. MCENENY, as MEMBER OF LATFOR.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female     Race/Skin: White     Hair: Red     Glasses: No     Age: 40     Height: 5'5"     Weight: 120

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at 250 Broadway, Suite 2100, New York, NY 10007 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS: Debra Levine is the CO-EXECUTIVE DIRECTOR AT THE NEW YORK STATE LEGISLATIVE TASKFORCE ON DEMOGRAPHIC RESEARCH AND REAPPORTIONMENT ("LATFOR").

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                                   Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this ___2nd___ day of ___December___, 2011.
_____              My Commission Expires:
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

---

ID: 11-010243                                                                                Client Reference:

Target Research & Investigation Corporation • 20 Vesey Street, PH, New York, NY 10007 • (212) 227-9600

United States District Court - Eastern District of New York

---

| | |
|---|---|
| MARK A. FAVORS, ET AL. | ) Index No.: CV11-5632 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| ANDREW M. CUOMO, ET AL. | ) |
| | ) |
| Defendant | ) |

---

STATE OF New York: COUNTY OF New York    ss:

I, HARLIN PARKER, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey. That on NOVEMBER 21, 2011 at 1:20 PM at 250 BROADWAY, SUITE 2100, NEW YORK, NY 10007, deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on THE NEW YORK STATE LEGISLATIVE TASKFORCE ON DEMOGRAPHIC RESEARCH AND REAPPORTIONMENT ("LATFOR") therein named.

CORPORATION/BUSINESS:   by delivering thereat a true copy of each to DEBRA LEVINE personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the CO-EXECUTIVE DIRECTOR AT THE NEW YORK STATE LEGISLATIVE TASKFORCE ON DEMOGRAPHIC RESEARCH AND REAPPORTIONMENT ("LATFOR"), thereof.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Red    Glasses: No    Age: 40    Height: 5'5"    Weight: 120

MAILING: On November 21, 2011, I enclosed a copy of said documents in a postpaid sealed wrapper by certified mail, return receipt requested, marked "URGENT LEGAL MAIL" in capital letters to the above recipient at 250 Broadway, Suite 2100, New York, NY 10007 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Harlin Parker, Lic. #793198

Subscribed and sworn to before me, a notary public, on this ____2nd____ day of __December__, 2011.
_____
Notary Public    My Commission Expires:

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

ID: 11-010242    Client Reference:
Target Research & Investigation Corporation • 20 Vesey Street, PH, New York, NY 10007 • (212) 227-9600