UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK A. FAVORS, et al. ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case:  1:11-cv-05632-DLI-RLM |
| ) | **ORAL ARGUMENT REQUESTED** |
| ANDREW M. CUOMO, et al. ) | **Date of Service**: December 12, 2011 |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF CERTAIN DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' COMPLAINT OR, IN THE ALTERNATIVE, TO STAY THIS CASE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b)(1) and Local Rule 7.1(a)(1), Defendants Dean G. Skelos, Sheldon Silver, John J. McEneny, Roman Hedges, Michael F. Nozzolio, and Welquis R. Lopez respectfully move to dismiss Plaintiffs' Complaint or, in the alternative, to stay the proceedings in this case pending action by the New York Legislature.  As explained in the accompanying Memorandum, Plaintiffs' Complaint alleging an impasse in New York's redistricting of its State Assembly, State Senate, and Congressional districts is unripe, and principles of federalism and comity require this Court to accord the Legislature sufficient time to perform its constitutionally delegated redistricting function before intervening in this matter.  Therefore, the Court should dismiss Plaintiff's Complaint or, in the alternative, stay the proceedings in this case.

Dated:   December 12, 2011                    Respectfully submitted,

                                                    /s/Michael A. Carvin_____
Michael A. Carvin (MC 9266)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
202/879-3939

Todd R. Geremia (TG 4454)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
212/326-3939

David Lewis (DL 0037)
LEWIS & FIORE
225 Broadway, Suite 3300
New York, NY 10007
212/285-2290

*Attorneys For Defendants Dean G. Skelos, Michael F. Nozzolio, and Welquis R. Lopez*


/s/C. Daniel Chill_____
C. Daniel Chill (CC 6940)
GRAUBARD MILLER
The Chrysler Building
405 Lexington Avenue, 19th Floor
New York, NY 10174
212/818-8800

*Attorney for Defendants Sheldon Silver, John J. McEneny, and Roman Hedges*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 12th day of December, 2011, a true and correct copy of the foregoing was served on the following counsel of record through the Court's CM/ECF system:

| | |
|---|---|
| Richard Mancino<br>Daniel Max Burstein<br>Jeffrey Alan Williams<br>WILLKIE FARR & GALLAGHER<br>787 Seventh Avenue<br>New York, NY 10019<br><br>*Attorneys for Plaintiffs* | Joshua Pepper<br>Assistant Attorney General<br>120 Broadway, 24th Floor<br>New York, NY 10271<br><br>*Attorney for Defendants Andrew M. Cuomo, Eric T. Schneiderman, and Robert J. Duffy* |
| Leonard M. Kohen<br>67 E. 11th Street #703<br>New York, NY 10003<br><br>*Attorney for Defendants John L. Sampson and Martin Malave Dilan* | Jonathan Sinnreich<br>Timothy Hill<br>SINNREICH KOSAKOFF & MESSINA LLP<br>267 Carleton Avenue, Suite 301<br>Central Islip, NY 11722<br><br>*Attorneys for Defendant Robert Oaks* |

/s/Michael A. Carvin_____