UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                         :

MARK A. FAVORS, ET AL.
                         :

            Plaintiffs,                     Index No. CV11-5632

                         :

            v.                        **NOTICE OF DISMISSAL OF**
                         :       **DEFENDANT SCHNEIDERMAN**

ANDREW M. CUOMO, ET AL.,
                         :

            Defendants.
------------------------------------------------------------ x

      Pursuant to Fed, R, Civ. Proc. 41(a)(1)(A)(i), Plaintiffs Mark A. Favors, Howard

Leib, Lillie H. Galan, Edward A. Mulraine, Warren Schreiber, and Weyman A. Carey, dismiss

Defendant Schneiderman, and only Defendant Schneiderman, as a party without prejudice and

dismiss all claims against Defendant Schneiderman without prejudice.


Dated:  New York, New York
        December 28, 2011



                      WILLKIE FARR & GALLAGHER LLP

                      By: _____
                             Richard Mancino
                        (A Member of the Firm)

                      Daniel M. Burstein
                      Jeffrey A. Williams
                      787 Seventh Avenue
                      New York, New York 10019
                      (212) 728-8000
                      rmancino@willkie.com
                      dburstein@willkie.com
                      jwilliams@willkie.com

                      Attorneys for Plaintiffs