# WILLKIE FARR & GALLAGHER LLP

RICHARD MANCINO
212 728 8243
rmancino@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

January 6, 2012

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Favors v. Cuomo, CV11-5632 (DLI) (RLM)

Dear Judge Irizarry:

We write to advise the Court that Plaintiffs do not oppose the following motions to intervene filed in the above captioned action:

- Motion to Intervene filed by Donna Kaye Drayton, Edwin Ellis, Aida Forrest, Gene A. Johnson, Joy Woolley, and Shelia Wright on December 19, 2011 (Docket Entry No. 28).

- Motion to Intervene filed by Juan Ramos, Nick Chavarria, Graciela Heymann, Sandra Martinez, Edwin Roldan, and Manolin Tirado on December 27, 2011 (Docket Entry No. 37).

- Motion to Intervene filed by Shing Chor Chung, Jung Ho Hong, Linda Lee, and Julia Yang on December 28, 2011 (Docket Entry No. 38).

Respectfully yours,

*Richard Mancino*

Richard Mancino

cc:   All Counsel (via ECF)