UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARK A. FAVORS, HOWARD LIEB, LILLIE :
H. GALAN, EDWARD A. MULRAINE, :
WARREN SHREIBER, and WEYMAN A. :
CAREY, :
            Plaintiffs, :
:
DONNA KAYE DRAYTON, EDWIN ELLIS, : **DESIGNATION OF**
AIDA FORREST, GENE A. JOHNSON, JOY : **THREE-JUDGE PANEL**
WOOLLEY, SHEILA WRIGHT, LINDA LEE, : **PURSUANT TO 28 U.S.C. §2284(b)**
SHING CHOR CHUNG, JULIA YANG, JUNG :
HO HONG, JUAN RAMOS, NICK :
CHAVARRIA, GRACIELA HEYMANN, :
SANDRA MARTINEZ, EDWIN ROLDAN, :
and MANOLIN TIRADO, : **DOCKET #11-cv-5632(DLI)(RLM)**
            Intervenor Plaintiffs, :
:
        -against- :
:
ANDREW M.CUOMO, as Governor of the State :
of New York, ERIC T. SCHNEIDERMAN, as :
Attorney General of the State of New York, :
ROBERT J. DUFFY, as President of the Senate of :
the State of New York, DEAN G. SKELOS, as :
Majority Leader and President Pro Tempore of the :
Senate of the State of New York, SHELDON :
SILVER, as Speaker of the Assembly of the State :
of New York, JOHN L. SAMPSON, as Minority :
Leader of the Senate of the State of New York, :
BRIAN M. KOLB, as Minority Leader of the :
Assembly of the State of New York, the NEW :
YORK STATE LEGISLATIVE TASK FORCE :
ON DEMOGRAPHIC RESEARCH AND :
APPORTIONMENT ("LATFOR"), JOHN J. :
McENENY, as Member of LATFOR, ROBERT :
OAKS, as Member of LATFOR, ROMAN :
HEDGES, as Member of LATFOR, MICHAEL F. :
NOZZOLIO, as Member of LATFOR, MARTIN :
MALAVÉ DILAN, as Member of LATFOR, and :
WELQUIS R. LOPEZ, as Member of LATOR, :
:
            Defendants. :
-----------------------------------------------------------------x

**DENNIS JACOBS, Chief Circuit Judge:**

Having received a request from the Honorable Dora L. Irizarry to appoint a three-judge panel to hear the above-captioned matter pursuant to 28 U.S.C. § 2284(b)(1), I hereby designate the Honorable Reena Raggi and the Honorable Gerard E. Lynch, circuit judges, to serve as members of the court to hear and determine the action.

IT IS SO ORDERED.

14th day of February, 2012
New York, New York

_____
DENNIS JACOBS
Chief Circuit Judge