# LATINOJustice
### PRLDEF

<u>By ECF and First Class Mail</u>

February 14, 2012

Honorable Judge Dora Irizarry
United States Judge - Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Favors v. Cuomo, et al.*, Case No. 11 Civ. 5632 (DLI) (RLM)

Dear Judge Irizarry:

As the court may be aware, proposed Plaintiffs-Intervenors *Juan Ramos, Nicolas Chavarria, Graciela Heymann, Sandra Martinez, Edwin Roldan, and Manolin Tirado* filed their motion to intervene in the current action, on December 27, 2011 (Doc. 37).

Our office has been monitoring the docket history in this case. We are aware that yesterday this court requested the appointment of a Special Master and the convening of a three-judge federal panel by the Chief Judge of the United States Second Circuit Court of Appeals. (Doc. 73)

We note in the Court's request, dated February 13, 2012, that the names of proposed Plaintiffs-Intervenors were listed in the caption although we are not aware that a ruling had been made on the pending motion to intervene.

We respectfully request that this Court promptly adjudicate the pending motion in order to clarify our status in the current litigation.

If you have any questions, please contact me at (212)219-3360 ext. 7572.

Sincerely,

Jackson Chin
Attorney for Proposed Plaintiffs-Intervenors

cc: All co-counsel by ECF

LatinoJustice PRLDEF
99 Hudson Street, 14th floor
New York, NY 10013-2815
Tel: 212 219 3360
Fax: 212 431 4276
800 328 2322