# KAYE SCHOLER LLP

James D. Herschlein
212.836.8655
jherschlein@kayescholer.com

425 Park Avenue
New York, New York 10022–3598
212.836.8000
Fax 212.836.6455
www.kayescholer.com

February 15, 2012

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     Favors v. Cuomo, 11-cv-5632 (DLI) (RLM)

Dear Judge Irizarry:

By this filing, Intervenor-Plaintiffs  Linda Lee, Julia Yang, Shing Chor Chung, and Jung Ho Hong hereby confirm that they have complied with Your Honor's order to forward hard courtesy copies of all their filings to Judges Raggi and Lynch.

Respectfully yours,

James D. Herschlein

James D. Herschlein

cc:     All Counsel (via ECF)