UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK A. FAVORS, HOWARD LEIB,       :
LILLIE H. GALAN, EDWARD A.
MULRAINE, WARREN SCHREIBER, and    :
WEYMAN A. CAREY,

            Plaintiffs,      :

  and                             :

DONNA KAY DRAYTON, EDWIN ELLIS,    :
AIDA FORREST, GENE A. JOHNSON, JOY
WOOLLEY, and SHELIA WRIGHT,        :

      Plaintiff-Intervenors,   :

  and                             :

LINDA LEE, SHING CHOR CHUNG, JULIA :
YANG, JUNG HO HONG,

      Plaintiff-Intervenors,   :

  and                             :

                  :   Case No. 1:11-cv-05632 (DLI)(RR)(GEL)
JUAN RAMOS, NICK CHAVARRIA,
GRACIELA HEYMANN, SANDRA           :
MARTINEZ, EDWIN ROLDAN, MANOLIN
TIRADO,                            :

      Plaintiff-Intervenors,   :

  and                             :

LINDA ROSE, EVERET MILLS, ANTHONY  :
HOFFMANN, KIM THOMPSON-
WEREKOH, CARLOTTA BISHOP, CAROL    :
RINZLER, GEORGE STAMATIADES,
JOSEPHINE RODRIGUEZ, and SCOTT
AUSTER,

    Proposed Plaintiff-Intervenors,

    v.

ANDREW M. CUOMO, as Governor of the
State of New York, ROBERT J. DUFFY, as
President of the Senate of the State of New
York, DEAN G. SKELOS, as Majority Leader
and President Pro Tempore of the Senate of the

State of New York, SHELDON SILVER, as
Speaker of the Assembly of the State of New
York, JOHN L. SAMPSON, as Minority Leader
of the Senate of the State of New York,
BRIAN M. KOLB, as Minority Leader of the
Assembly of the State of New York, the NEW
YORK STATE LEGISLATIVE TASK FORCE
ON DEMOGRAPHIC RESEARCH AND
REAPPORTIONMENT ("LATFOR"), JOHN J.
McENENY, as Member of LATFOR, ROBERT
OAKS, as Member of LATFOR, ROMAN
HEDGES, as Member of LATFOR, MICHAEL
F. NOZZOLIO, as Member of LATFOR,
MARTIN MALAVE DILAN, as Member of
LATFOR, and WELQUIS R. LOPEZ, as
Member of LATFOR,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF CHANGE OF ADDRESS

TO:      ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑      I have cases pending              ☐      I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information
change (s) for:

                    Jeffrey D. Vanacore

My EDNY Bar Number is: JV4136      My State Bar Number is 4104444

I am,

☑      An attorney
☐      A Government Agency attorney
☐      A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone
number and fax number):

OLD FIRM:          FIRM NAME:  Arent Fox LLP
                   FIRM ADDRESS: 1675 Broadway
                   FIRM TELEPHONE NUMBER:  212-484-3900
                   FIRM FAX NUMBER:  212-484-3990

NEW FIRM:          FIRM NAME: Perkins Coie LLP
                   FIRM ADDRESS: 30 Rockefeller Plaza, 25th Floor

FIRM TELEPHONE NUMBER:  212-262-6900

FIRM FAX NUMBER:  212-977-1642

NEW EMAIL ADDRESSES TO BE NOTIFIED:

JVanacore@perkinscoie.com

DocketNYC@perkinscoie.com

☑      I will continue to be counsel of record on the above-entitled case at my new
       firm/agency.

☐      I am no longer counsel of record on the above-entitled case. An order
       withdrawing my appearance was entered on  by Judge

Dated: February 17, 2012          By:/s/ Jeffrey D. Vanacore
                                   Jeffrey D. Vanacore
                                   Perkins Coie LLP
                                   30 Rockefeller Center, 25th Floor
                                   New York, NY  10112-0085
                                   Phone: (212) 262-6900
                                   Fax: (212) 977-1642
                                   JVanacore@perkinscoie.com