UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARK A. FAVORS, et al.,

                      Plaintiffs,                  **ORDER**

       -against-                    11-CV-5632 (DLI)(RR)(GEL)

ANDREW M. CUOMO,
*as Governor of the State of New York,
et al.*,

                      Defendants.
-----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      Counsel for the parties are each directed to develop a list of at least three or four *independent* experts to assist the assigned Magistrate Judge in the development of a redistricting plan for the State of New York. Each list shall be filed via ECF, by 4:00 p.m. on February 24, 2012.

      SO ORDERED.

Dated:    Brooklyn, New York
             February 22, 2012

                                                              **ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE**