UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- x

MARK A. FAVORS, HOWARD LEIB, LILLIE H. GALAN, EDWARD A. MULRAINE, WARREN SCHREIBER, and WEYMAN A. CAREY,

      Plaintiffs,

and

DONNA KAY DRAYTON, EDWIN ELLIS, AIDA FORREST, GENE A. JOHNSON, JOY WOOLLEY, and SHELIA WRIGHT,

      Plaintiff-Intervenors,

and

LINDA LEE, SHING CHOR CHUNG, JULIA YANG, JUNG HO HONG,

      Plaintiff-Intervenors,

and

JUAN RAMOS, NICK CHAVARRIA, GRACIELA HEYMANN, SANDRA MARTINEZ, EDWIN ROLDAN, MANOLIN TIRADO,

      Plaintiff-Intervenors,

and

LINDA ROSE, EVERET MILLS, ANTHONY HOFFMANN, KIM THOMPSON-WEREKOH, CARLOTTA BISHOP, CAROL RINZLER, GEORGE STAMATIADES, JOSEPHINE RODRIGUEZ, and SCOTT AUSTER,

      Plaintiff-Intervenors,

    v.

ANDREW M. CUOMO, as Governor of the State of New York, ROBERT J. DUFFY, as President of the Senate of the State of New York, DEAN G. SKELOS, as Majority Leader and President Pro Tempore of the Senate of the State of New York, SHELDON SILVER, as

Case No. 1:11-cv-05632 (DLI)(RR)(GEL)

LIST OF PROPOSED EXPERTS

| | |
|---|---|
| Speaker of the Assembly of the State of New York, JOHN L. SAMPSON, as Minority Leader of the Senate of the State of New York, BRIAN M. KOLB, as Minority Leader of the Assembly of the State of New York, the NEW YORK STATE LEGISLATIVE TASK FORCE ON DEMOGRAPHIC RESEARCH AND REAPPORTIONMENT ("LATFOR"), JOHN J. McENENY, as Member of LATFOR, ROBERT OAKS, as Member of LATFOR, ROMAN HEDGES, as Member of LATFOR, MICHAEL F. NOZZOLIO, as Member of LATFOR, MARTIN MALAVE DILAN, as Member of LATFOR, and WELQUIS R. LOPEZ, as Member of LATFOR, | : : : : : : : |
| Defendants. | |
| ------------------------------------ x | |

As directed by the Court in its Order on February 22, 2012, Dkt # 107, Plaintiff-Intervenors Linda Rose, Everet Mills, Anthony Hoffmann, Kim Thompson-Werekoh, Carlotta Bishop, Carol Rinzler, George Stamatiades, Josephine Rodriguez, and Scott Auster ("Plaintiff-Intervenors") submit this list of independent experts to assist Magistrate Judge Roanne L. Mann in the development of a redistricting plan for the State of New York. Plaintiff-Intervenors recommend the following experts:

    **1.** **Bruce Cain**: Mr. Cain is the Heller Professor of Political Science and Public Policy at the University of California, Berkeley, and the director of the University of California Washington Center, based in Washington, D.C. In 2002, Mr. Cain was appointed special master by the District of Arizona. A copy of Mr. Cain's curriculum vitae provided to the Arizona Independent Redistricting Commission is attached as Exhibit A.

    **2.** **Justin Levitt**: Mr. Levitt is an Associate Professor of Law at Loyola Law School in Los Angeles and a national expert in election law, with particular focus on election administration and redistricting. Mr. Levitt has testified before federal and state legislative committees regarding election law and redistricting. A copy

of his curriculum vitae is attached as Exhibit B.

3. **Nathaniel Persily**: Mr. Persily is the Charles Keller Beekman Professor of Law and Professor of Political Science at Columbia Law School and a nationally recognized expert on election law. Mr. Persily has served as a court-appointed expert to draw legislative districting plans for Georgia, Maryland, and New York. A copy of his curriculum vitae is attached as Exhibit C.

Dated: February 24, 2012

By: */s/ Marc Erik Elias*
Marc Erik Elias (appearing *pro hac vice*)
John Devaney (*pro hac vice* pending)
Perkins Coie, LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6200
Fax: (202) 654-6211
MElias@perkinscoie.com
JDevaney@perkinscoie.com

Kevin J. Hamilton (appearing *pro hac vice*)
Perkins Coie, LLP
1201 Third Ave, Suite 4800
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000
KHamilton@perkinscoie.com

Jeffrey D. Vanacore
Perkins Coie LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
Phone: (212) 262-6900
Fax: (212) 977-1635
JVanacore@perkinscoie.com

*Attorneys for Plaintiff-Intervenors*