

Couch White, LLP
540 Broadway
P.O. Box 22222
Albany, New York 12201-2222
(518) 426-4600

Kevin M. Lang
Partner

Direct Dial: (518) 320-3421
Telecopier: (518) 426-0376
email: klang@couchwhite.com

February 24, 2012

Hon. Roanne L. Mann
United States District Court Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Favors, *et al.* v. Cuomo, *et al.*
              1:11-cv-05632-DLI-RLM

Dear Magistrate Judge Mann:

    Pursuant to your February 22, 2012 Order, Defendants Brian M. Kolb, Minority Leader of the Assembly of the State of New York, and Robert Oaks respectfully submit the following individuals for the Court's consideration as redistricting experts in the above-entitled proceeding:

> John Morgan
> President
> Applied Research Coordinates
> 10514 Providence Way
> Fairfax, VA 22030
> 703-272-3505
> jmorgan@appliedresearchcoordinates.com
>
> Thomas B. Hofeller, Ph.D.
> Geographic Strategies LLC
> 7119 Marine Drive
> Alexandria, VA 22307
> 703-623-0764
> celticheal@aol.com
>
> Thomas Brunell, Ph.D.
> Professor of Political Science
> Senior Associate Dean of Graduate Education
> School of Economic, Political and Policy Science
> University of Texas, Dallas
> 800 West Campbell Road
> Richardson, TX 75080
> 972-883-4963
> tlb056000@utdallas.edu

Hon. Roanne L. Mann
February 24, 2012
Page 2

       Bernard Grofman
       Jack W. Peltason Endowed Chair
       Professor of Political Science and Adjunct Professor of Economics
       Director, Center for the Study of Democracy
       University of California, Irvine
       Department of Political Science
       3151 Social Science Plaza
       Irvine, CA  92697-5100
       949-824-2904
       bgtravel@uci.edu

      The resumes for the first three individuals are attached to this letter.  The resume for Professor Grofman was submitted to the Court by counsel for Speaker Silver, Assemblyman McEneny, and Mr. Hedges.

      We thank the Court for its consideration of Defendants Kolb's and Oaks' position on this matter.

                             Respectfully submitted,

| COUCH WHITE, LLP | SINNREICH KOSAKOFF & MESSINA LLP |
|---|---|
| */s/ Kevin M. Lang* | */s/ Jonathan Sinnreich* by KML |
| Kevin M. Lang | Jonathan Sinnreich |
| (KL6431) | (JS0972) |

Enclosures
cc:    All Counsel (via ECF)
       Hon. Dora Irizarry (via overnight courier)
       Hon. Reena Raggi (via overnight courier)
       Hon. Gerard Lynch (via overnight courier)
       John Morgan
       Thomas Hofeller
       Thomas Brunell
       Bernard Grofman