UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MARK A. FAVORS, et al.,

                                **Plaintiffs,**                    **<u>ORDER</u>**

            -against-                                   11-CV-5632 (DLI)(RR)(GEL)

ANDREW M. CUOMO,
*as Governor of the State of New York,*
*et al.*,

                                **Defendants.**
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       In connection with the Wednesday, February 29, 2012 deadline for submitting proposed New York State Congressional redistricting plans, the parties are directed to file via ECF PDF copies of any proposed plans, along with supporting explanations and legal arguments.

       Additionally, based on instructions that will be provided in a separate, sealed order, the parties shall file the following: (1) PDF copies of all materials submitted via ECF; (2) a Census Block Equivalency File; and (3) a racial breakdown of each proposed district.  Census Block Equivalency Files and racial breakdowns shall be submitted in .csv, .txt, .bin, .dbf, or .dcc file formats.  Parties shall use the following naming convention when uploading files: [Plaintiff/Defendant/Intervenor]-[Party Last Name]-[File Description].[Extension] (e.g., "plaintiff-favors-cbef.csv" or "intervenor-ramos-memorandum.pdf").  In addition to the above, the parties shall deliver to the Courthouse, by 10:00a.m. on March 1, 2012, ten (10) courtesy copies of their submissions, including both color hard copies and digital copies of any proposed plans.

       Members of the public and interested organizations may also submit, by Friday, March 2,

2012, proposed New York State Congressional redistricting plans and supporting arguments through a link that, by February 29, 2012, will be posted on the website for the United States District Court for the Eastern District of New York: http://www.nyed.uscourts.gov.  All plans proposed by non-parties shall adhere to the technical requirements listed above, but shall use the following file-naming convention: Pub-[Last Name or Organization]-[File Description].[Extension] (e.g., "pub-jones-cbef.csv" or "pub-commoncause-memorandum.pdf"). Non-parties are encouraged to submit hard copies of any filings to the Courthouse by Friday, March 2, 2012.

A hearing on the submissions of the parties and non-parties will be held on Monday, March 5, 2012, beginning at 1:00p.m., in Courtroom N4E.

**SO ORDERED.**

**Dated:**   **Brooklyn, New York**
          **February 28, 2012**

                                         **ROANNE L. MANN**
                                         **UNITED STATES MAGISTRATE JUDGE**