UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

Mark A. Favors, et al.,

     Plaintiffs,

     - against -

Andrew M. Cuomo, as Governor of the State of
New York, et al.,

     Defendants.

11 Civ. 5632 (DLI)(RLM)

_____

## Redistricting Plans and Explanations
### Proposed by
### **Defendant Brian M. Kolb, as Minority Leader of the New York State Assembly**

Dated:   February 29, 2012
          Albany, New York

Couch White, LLP
Kevin M. Lang, Esq. (KL6431)
*Counsel for Defendant Brian M. Kolb*
540 Broadway
P.O. Box 22222
Albany, New York 12201
(518) 426-4600

**Defendant - Kolb - Upstate NY Congressional Districts**



**Defendant - Kolb - Long Island Congressional Districts**

**Defendant - Kolb - New York City Congressional Districts**



**Defendant - Kolb - Congressional District 1**



**Defendant - Kolb - Congressional District 2**





Defendant - Kolb - Congressional District 3

**Defendant - Kolb - Congressional District 4**



**Defendant - Kolb - Congressional District 5**



**Defendant - Kolb - Congressional District 6**



**Defendant - Kolb - Congressional District 7**



**Defendant - Kolb - Congressional District 8**



**Defendant - Kolb - Congressional District 9**



**Defendant - Kolb - Congressional District 10**





**Defendant - Kolb - Congressional District 11**



**Defendant - Kolb - Congressional District 13**



**Defendant - Kolb - Congressional District 14**



**Defendant - Kolb - Congressional District 15**





Defendant - Kolb - Congressional District 16



Defendant - Kolb - Congressional District 17

**Defendant - Kolb - Congressional District 18**



**Defendant - Kolb - Congressional District 19**



**Defendant - Kolb - Congressional District 20**





**Defendant - Kolb - Congressional District 21**



**Defendant - Kolb - Congressional District 22**





**Defendant - Kolb - Congressional District 23**



**Defendant - Kolb - Congressional District 24**



**Defendant - Kolb - Congressional District 25**



**Defendant - Kolb - Congressional District 26**



**Defendant - Kolb - Congressional District 27**



**Key for Demographic Abbreviations**

NH18+ Wht% - Non-Hispanic White, Voting Age Population(18+) Percentage

NH18+ DOJ Blk% - Non-Hispanic Black, Voting Age Population(18+) Percentage.  DOJ refers to the numbers that the Federal Department of Justice uses to determine minority composition of a district.

Hisp18+ % - Hispanic, Voting Age Population(18+) Percentage.

NH18+ DOJ Asn% - Non-Hispanic Asian, Voting Age Population(18+) Percentage.  Department of Justice numbers.

## Cong District 1

Eastern End of Long Island.  Contains entire towns of Brookhaven, Riverhead, Southold, Southampton and Shelter Island along with most of Smithtown

NH18+ Wht% - 80.1%

NH18+ DOJ Blk% - 4.4%

Hisp18+ % - 11.1%

NH18+ DOJ Asn% - 3.5%

## Cong District 2

Entirely within Suffolk County.  Contains entire towns of Islip and Huntington along with parts of Babylon and Smithtown.  Area of Hispanic concentration  within Islip is wholly contained.

NH18+ Wht% - 67.6%

NH18+ DOJ Blk% - 9.2%

Hisp18+ % - 18.5%

NH18+ DOJ Asn% - 3.8%

## Cong District 3

Eastern section of Nassau County along with part of Babylon in Suffolk County.

NH18+ Wht% - 80.9%

NH18+ DOJ Blk% - 2.7%

Hisp18+ % - 9.3%

NH18+ DOJ Asn% - 6.3%

## Cong District 4

Northwestern section of Nassau County along with northeastern part of Queens with a large Asian population.  Effort was made to create a district to maximize Asian influence.

NH18+ Wht% - 49.3%

NH18+ DOJ Blk% - 4.3%

Hisp18+ % - 12.2%

NH18+ DOJ Asn% - 31.5%

## Cong District 5

Majority Black Congressional district was formed here by combining the black population areas within Nassau County along with the black population area in Queens along the Nassau/Queens border.

NH18+ Wht% - 21.4%

NH18+ DOJ Blk% - 50.6%

Hisp18+ % - 18.4%

NH18+ DOJ Asn% - 6.0%


## Cong District 6

Minority coalition district. Hispanic and Asian population percentages combine for 53% of population

NH18+ Wht% - 28.4%

NH18+ DOJ Blk% - 13.6%

Hisp18+ % - 30.9%

NH18+ DOJ Asn% - 22.1%


## Cong District 7

Manhattan based district which spans from Lower Manhattan, up the west side and then crosses Central Park to cover the east side of mid-town Manhattan

NH18+ Wht% - 73.0%

NH18+ DOJ Blk% - 3.4%

Hisp18+ % - 7.3%

NH18+ DOJ Asn% - 15.4%


## Cong District 8

Minority coalition district. Black and Hispanic population percentages combine for  63.3% of population.  District covers most of uptown Manhattan along with northern area of Brooklyn.

NH18+ Wht% - 28.8%

NH18+ DOJ Blk% - 23.4%

Hisp18+ % - 39.9%

NH18+ DOJ Asn% - 6.5%

**Cong District 9**

District starts in the southern area of Brooklyn and then heads east and north into the Western part of Queens.

NH18+ Wht% - 61.7%

NH18+ DOJ Blk% - 3.8%

Hisp18+ % - 17.8%

NH18+ DOJ Asn% - 15.5%

**Cong District 10**

Majority Black District. District wholly within Brooklyn made up of neighborhoods with large black population.

NH18+ Wht% - 15.0%

NH18+ DOJ Blk% - 55.5%

Hisp18+ % - 23.6%

NH18+ DOJ Asn% - 3.9%

**Cong District 11**

Majority Black District. District wholly within Brooklyn made up of neighborhoods with large black population.

NH18+ Wht% - 27.9%

NH18+ DOJ Blk% - 51.8%

Hisp18+ % - 12.5%

NH18+ DOJ Asn% - 6.1%

**Cong District 12**

Minority coalition district. Hispanic and Asian population percentages combine for 50.6% of population. District spans from western part of Brooklyn, into Hispanic areas of Manhattan, then crosses through the northern part of Brooklyn and western Queens.

NH18+ Wht% - 41.9%

NH18+ DOJ Blk% - 6.2%

Hisp18+ % - 32.2%

NH18+ DOJ Asn% - 18.4%

**Cong District 13**

District comprised of all of Staten Island and goes into the western part of Brooklyn.

NH18+ Wht% - 65.0%

NH18+ DOJ Blk% - 6.2%

Hisp18+ % - 14.0%

NH18+ DOJ Asn% - 13.9%


**Cong District 14**

Majority Hispanic District. Most of district is comprised of the Hispanic areas of southern Bronx.  Crosses into the very northern area of Manhattan.

NH18+ Wht% - 3.4%

NH18+ DOJ Blk% - 27.9%

Hisp18+ % - 65.6%

NH18+ DOJ Asn% - 1.8%


**Cong District 15**

Minority coalition district. Black and Hispanic populations combine to make up 52.1% of the population. District is made up of southern Westchester County along with the northern part of the Bronx

NH18+ Wht% - 31.1%

NH18+ DOJ Blk% - 32.7%

Hisp18+ % - 29.4%

NH18+ DOJ Asn% - 5.0%


**Cong District 16**

Minority coalition district. Black and Hispanic populations combine to make up 52.1% of the population.  District stretches from the Town of Rye in Westchester County, along the border of Long Island Sound, into the eastern part of the Bronx and down into Northern Queens.

NH18+ Wht% - 30.9%

NH18+ DOJ Blk% - 12.8%

Hisp18+ % - 39.3%

NH18+ DOJ Asn% - 15.3%

## Cong District 17

District comprised of all of Putnam County and parts of Westchester County.  Designed as a community of interest made up of parts of the NYC suburb area.

NH18+ Wht% - 66.4%

NH18+ DOJ Blk% - 10.0%

Hisp18+ % - 16.0%

NH18+ DOJ Asn% - 6.7%


## Cong District 18

District is comprised of all Orange and Putnam Counties along with the northern part of Westchester County and parts of Dutchess County.  The cities of Poughkeepsie and Beacon along with their surrounding towns are within this district.

NH18+ Wht% - 73.8%

NH18+ DOJ Blk% - 8.6%

Hisp18+ % - 13.5%

NH18+ DOJ Asn% - 3.1%


## Cong District 19

District is comprised of all of Schoharie, Greene, Columbia, Ulster, and Sullivan counties along with the majority of Rensselaer and Otsego counties.  Designed as a community of interest for the residents of the Mid-Hudson valley.

NH18+ Wht% - 87.1%

NH18+ DOJ Blk% - 4.7%

Hisp18+ % - 5.5%

NH18+ DOJ Asn% - 1.7%


## Cong District 20

District is comprised of all of Albany, Schenectady and Montgomery counties along with the southern parts of Saratoga County and part of the City of Troy in Rensselaer County.  Designed as the "Capital District Congressional District" and includes the cities of Albany, Schenectady, Saratoga Springs, and Amsterdam.

NH18+ Wht% - 83.4%

NH18+ DOJ Blk% - 7.7%

Hisp18+ % - 4.1%

NH18+ DOJ Asn% - 3.5%

**Cong District 21**

District comprised of all of Clinton, Franklin, St Lawrence, Jefferson, Essex, Hamilton, Herkimer, Lewis, Washington, Warren, and Fulton counties. Also contains the northern part of Saratoga County. Designed as the "North Country District".

NH18+ Wht% - 92.2%

NH18+ DOJ Blk% - 3.0%

Hisp18+ % - 2.4%

NH18+ DOJ Asn% - 0.9%


**Cong District 22**

District is comprised of all of Onondaga, Oswego, and Cayuga counties. Also includes most of Cortland County. This district was designed with Onondaga County and the City of Syracuse as its core.

NH18+ Wht% - 86.6%

NH18+ DOJ Blk% - 6.9%

Hisp18+ % - 2.7%

NH18+ DOJ Asn% - 2.4%


**Cong District 23**

District is wholly contained within Monroe County. All but two and a half towns within Monroe County are in this district. District was designed with the City of Rochester as its core.

NH18+ Wht% - 76.0%

NH18+ DOJ Blk% - 13.5%

Hisp18+ % - 6.0%

NH18+ DOJ Asn% - 3.6%


**Cong District 24**

District is comprised of all of Orleans, Genesee, Wyoming, and Livingston counties. Also includes most of Niagara County and parts of Erie, Ontario and Monroe counties. This district was designed to represent the rural areas of western NY between Buffalo and Rochester.

NH18+ Wht% - 92.0%

NH18+ DOJ Blk% - 3.9%

Hisp18+ % - 1.9%

NH18+ DOJ Asn% - 0.9%

### Cong District 25

District is mostly within Erie County and centers around the City of Buffalo and its surrounding suburbs.  Also includes the City of North Tonawanda in Niagara County.

NH18+ Wht% - 76.5%

NH18+ DOJ Blk% - 15.0%

Hisp18+ % - 4.2%

NH18+ DOJ Asn% - 3.2%


### Cong District 26

District is comprised of all of Oneida, Madison, Chenango, Tioga, Broome, and Delaware counties.  Also includes part of Tompkins and Otsego counties.  This district includes part of the Southern Tier from Tioga to Delaware counties.  Also includes the cities of Binghamton, Ithaca, Utica, and Rome.

NH18+ Wht% - 88.8%

NH18+ DOJ Blk% - 3.9%

Hisp18+ % - 2.9%

NH18+ DOJ Asn% - 3.4%


### Cong District 27

District is comprised of the Southern Tier counties of Chautauqua, Cattaraugus, Allegany, Steuben, Schuyler, and Chemung.  Also includes the rural area of Central NY between Rochester and Syracuse with the counties of Wayne, Seneca, and Yates.  Also includes parts of Ontario and Tompkins counties.  This district was designed to be a "Southern Tier District", but also includes rural counties of Central NY that share many of the concerns of the Southern Tier.

NH18+ Wht% - 92.5%

NH18+ DOJ Blk% - 2.8%

Hisp18+ % - 2.5%

NH18+ DOJ Asn% - 1.0%