**New York State Congress
Unity Map Proposal**

*As of December 19, 2011*




