2002 Congress - 2010 DOJ %'s

| District | Member | Population | Hispanic | NH Black | NH Asian | NH White | District |
|---|---|---|---|---|---|---|---|
| 1 | Bishop | 705,559 | 12.60% | 4.92% | 3.55% | 77.89% | 1 |
| 2 | Isreal | 679,893 | 21.00% | 10.08% | 4.99% | 62.88% | 2 |
| 3 | King | 645,508 | 10.08% | 3.07% | 5.33% | 80.73% | 3 |
| 4 | McCarthy | 663,407 | 20.21% | 18.98% | 7.06% | 52.25% | 4 |
| 5 | Ackerman | 670,130 | 25.59% | 4.17% | 33.28% | 35.67% | |
| 6 | Meeks | 651,764 | 18.98% | 49.80% | 13.27% | 10.13% | 6 |
| 7 | Crowley | 667,632 | 44.40% | 16.56% | 16.46% | 20.67% | 7 |
| 8 | Nadler | 713,512 | 11.78% | 4.76% | 15.89% | 66.53% | 8 |
| 9 | Turner | 660,306 | 17.21% | 4.62% | 19.29% | 57.03% | 5 |
| 10 | Towns | 677,721 | 17.20% | 58.74% | 3.87% | 18.33% | 10 |
| 11 | Clarke | 632,408 | 13.17% | 53.50% | 5.93% | 25.58% | 11 |
| 12 | Velazquez | 672,358 | 44.55% | 8.43% | 18.64% | 26.80% | 12 |
| 13 | Grimm | 686,525 | 16.06% | 7.10% | 13.55% | 62.30% | 9 |
| 14 | Maloney | 652,681 | 13.72% | 4.82% | 14.32% | 65.72% | 13 |
| 15 | Rangel | 639,873 | 46.14% | 26.90% | 4.64% | 20.91% | 15 |
| 16 | Serrano | 693,819 | 66.52% | 28.12% | 1.60% | 2.43% | 14 |
| 17 | Engel | 678,558 | 25.57% | 30.38% | 5.01% | 37.23% | 17 |
| 18 | Lowey | 674,825 | 22.64% | 9.63% | 6.99% | 59.68% | 16 |
| 19 | Hayworth | 699,959 | 12.86% | 6.35% | 3.67% | 76.08% | 18 |
| 20 | Gibson | 683,198 | 3.17% | 2.82% | 1.60% | 91.50% | 19 |
| 21 | Tonko | 679,193 | 5.39% | 9.96% | 3.83% | 79.22% | 21 |
| 22 | Hinchey | 679,297 | 11.91% | 9.66% | 3.56% | 73.57% | |
| 23 | Owens | 664,245 | 2.55% | 2.86% | 1.01% | 91.73% | 23 |
| 24 | Hanna | 657,222 | 3.34% | 4.30% | 1.86% | 89.54% | 20 |
| 25 | Buerkle | 668,869 | 3.85% | 9.02% | 2.88% | 82.70% | 22 |
| 26 | Hochul | 674,804 | 2.75% | 4.35% | 2.59% | 89.33% | 26 |
| 27 | Higgins | 629,271 | 6.20% | 6.04% | 1.57% | 84.76% | 27 |
| 28 | Slaughter | 611,838 | 7.70% | 30.20% | 2.37% | 58.14% | 25 |
| 29 | Reed | 663,727 | 2.27% | 3.78% | 2.80% | 89.92% | 24 |

2012 Congress Proposal (Feb 29) - 2010 DOJ %'s

| Member | Population | Hispanic | NH Black | NH Asian | NH White |
|---|---|---|---|---|---|
| Bishop | 717,707 | 12.45% | 4.89% | 3.67% | 77.96% |
| Isreal/Acke | 717,708 | 22.66% | 11.16% | 7.30% | 57.73% |
| King | 717,708 | 8.38% | 1.96% | 5.33% | 83.66% |
| McCarthy | 717,708 | 19.60% | 18.27% | 8.22% | 52.35% |
| Meeks | 717,708 | 18.87% | 46.51% | 14.87% | 12.29% |
| OPEN | 717,707 | 44.42% | 11.90% | 25.15% | 16.95% |
| Nadler | 717,707 | 10.64% | 4.50% | 13.59% | 70.27% |
| Turner/Cro | 717,708 | 27.63% | 4.57% | 24.67% | 41.30% |
| Towns | 717,708 | 15.91% | 51.33% | 5.51% | 25.57% |
| Clarke | 717,707 | 13.14% | 51.65% | 5.45% | 27.94% |
| Velazquez | 717,708 | 44.82% | 8.31% | 19.26% | 25.88% |
| Grimm | 717,708 | 16.41% | 7.15% | 14.88% | 60.56% |
| Maloney | 717,708 | 14.37% | 5.01% | 14.88% | 64.35% |
| Rangel | 717,708 | 51.04% | 25.82% | 4.42% | 17.33% |
| Serrano | 717,707 | 59.23% | 28.87% | 3.16% | 7.27% |
| Engel | 717,707 | 20.63% | 23.35% | 5.70% | 48.75% |
| Lowey | 717,708 | 22.66% | 16.13% | 5.63% | 54.39% |
| Hayworth/ | 717,708 | 12.36% | 8.47% | 3.11% | 74.94% |
| Gibson | 717,707 | 8.88% | 5.30% | 2.05% | 82.67% |
| Tonko | 717,707 | 5.22% | 9.48% | 3.75% | 79.99% |
| Owens | 717,707 | 3.48% | 4.37% | 1.73% | 88.68% |
| Hanna | 717,707 | 2.51% | 2.96% | 1.66% | 91.93% |
| Buerkle | 717,707 | 3.65% | 8.84% | 3.73% | 82.11% |
| Hochul | 717,708 | 2.56% | 15.60% | 2.76% | 77.71% |
| Higgins | 717,707 | 5.65% | 5.52% | 1.48% | 85.66% |
| Slaughter | 717,708 | 7.38% | 15.43% | 3.65% | 72.45% |
| Reed | 717,707 | 2.25% | 3.54% | 1.13% | 91.94% |