| District | Member | 2002 Congress - 2010 VAP DOJ %'s | | | | | 2012 Congr District |
|---|---|---|---|---|---|---|---|
| | | 18+ Pop | Hispanic | NH Black | NH Asian | NH White | |
| 1 | Bishop | 540,784 | 11.21% | 4.45% | 3.43% | 79.97% | 1 |
| 2 | Isreal | 510,077 | 19.31% | 9.58% | 4.74% | 65.44% | 2 |
| 3 | King | 500,436 | 9.08% | 2.85% | 5.07% | 82.30% | 3 |
| 4 | McCarthy | 507,433 | 18.67% | 18.38% | 6.85% | 54.76% | 4 |
| 5 | Ackerman | 534,213 | 24.11% | 4.29% | 33.58% | 36.85% | |
| 6 | Meeks | 495,901 | 18.17% | 49.85% | 13.30% | 10.97% | 6 |
| 7 | Crowley | 520,897 | 42.07% | 16.59% | 16.65% | 22.89% | 7 |
| 8 | Nadler | 584,500 | 11.26% | 4.67% | 15.87% | 67.17% | 8 |
| 9 | Turner | 525,409 | 16.04% | 4.44% | 19.05% | 58.76% | 5 |
| 10 | Towns | 499,677 | 16.64% | 59.84% | 4.14% | 17.49% | 10 |
| 11 | Clarke | 487,838 | 12.46% | 53.22% | 5.86% | 26.70% | 11 |
| 12 | Velazquez | 531,557 | 41.44% | 8.12% | 19.12% | 29.83% | 12 |
| 13 | Grimm | 534,125 | 14.18% | 6.43% | 13.38% | 65.11% | 9 |
| 14 | Maloney | 571,509 | 12.67% | 4.56% | 14.02% | 67.45% | 13 |
| 15 | Rangel | 515,202 | 43.77% | 26.88% | 5.01% | 22.98% | 15 |
| 16 | Serrano | 487,229 | 65.54% | 28.51% | 1.79% | 2.84% | 14 |
| 17 | Engel | 504,441 | 24.24% | 30.73% | 5.23% | 38.01% | 17 |
| 18 | Lowey | 511,817 | 21.05% | 9.63% | 6.64% | 61.74% | 16 |
| 19 | Hayworth | 524,670 | 11.69% | 6.23% | 3.40% | 77.74% | 18 |
| 20 | Gibson | 537,594 | 2.72% | 2.56% | 1.40% | 92.50% | 19 |
| 21 | Tonko | 535,718 | 4.33% | 8.47% | 3.58% | 82.23% | 21 |
| 22 | Hinchey | 535,458 | 9.94% | 8.43% | 3.71% | 76.73% | |
| 23 | Owens | 516,171 | 2.24% | 2.79% | 0.95% | 92.34% | 23 |
| 24 | Hanna | 515,851 | 2.78% | 3.68% | 1.62% | 91.05% | 20 |
| 25 | Buerkle | 514,332 | 3.05% | 7.46% | 2.72% | 85.41% | 22 |
| 26 | Hochul | 529,688 | 2.25% | 3.93% | 2.49% | 90.43% | 26 |
| 27 | Higgins | 493,543 | 4.87% | 5.07% | 1.36% | 87.46% | 27 |
| 28 | Slaughter | 472,650 | 6.21% | 26.75% | 2.43% | 63.20% | 25 |
| 29 | Reed | 514,453 | 1.88% | 3.31% | 2.58% | 91.13% | 24 |

ess Proposal (Feb 29) - 2010 VAP DOJ %'s

| Member | 18+ Pop | Hispanic | NH Black | NH Asian | NH White |
|---|---|---|---|---|---|
| Bishop | 549,687 | 11.10% | 4.43% | 3.54% | 79.99% |
| Isreal/Acke | 539,936 | 20.99% | 10.78% | 7.03% | 60.18% |
| King | 550,848 | 7.41% | 1.77% | 5.01% | 85.21% |
| McCarthy | 554,784 | 17.04% | 16.48% | 7.86% | 57.29% |
| Meeks | 549,686 | 18.08% | 46.35% | 14.91% | 13.34% |
| OPEN | 557,891 | 41.74% | 11.73% | 26.15% | 18.92% |
| Nadler | 589,739 | 10.15% | 4.41% | 13.53% | 70.95% |
| Turner/Cro | 577,526 | 26.08% | 4.52% | 24.59% | 43.15% |
| Towns | 531,732 | 15.27% | 51.94% | 5.82% | 25.29% |
| Clarke | 551,927 | 12.55% | 51.57% | 5.41% | 28.69% |
| Velazquez | 559,933 | 42.14% | 8.02% | 19.82% | 28.38% |
| Grimm | 558,830 | 14.52% | 6.46% | 14.71% | 63.40% |
| Maloney | 629,930 | 13.25% | 4.73% | 14.60% | 66.12% |
| Rangel | 565,732 | 48.36% | 26.00% | 4.83% | 19.48% |
| Serrano | 514,385 | 57.37% | 29.19% | 3.39% | 8.60% |
| Engel | 538,000 | 19.36% | 23.29% | 5.79% | 50.03% |
| Lowey | 544,647 | 21.21% | 16.40% | 5.32% | 55.99% |
| Hayworth/ | 554,450 | 10.77% | 7.85% | 2.89% | 77.48% |
| Gibson | 546,218 | 7.55% | 4.87% | 1.83% | 84.75% |
| Tonko | 566,630 | 4.21% | 8.05% | 3.50% | 82.88% |
| Owens | 557,185 | 2.94% | 4.01% | 1.54% | 89.94% |
| Hanna | 567,274 | 2.16% | 2.54% | 1.64% | 92.79% |
| Buerkle | 561,592 | 3.05% | 7.34% | 3.75% | 84.38% |
| Hochul | 561,594 | 2.05% | 14.02% | 2.74% | 79.99% |
| Higgins | 561,517 | 4.44% | 4.62% | 1.28% | 88.20% |
| Slaughter | 553,821 | 6.01% | 13.33% | 3.49% | 76.19% |
| Reed | 557,679 | 2.09% | 3.17% | 1.01% | 92.91% |