# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK  10017.6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number:  (212) 326-3429
trgeremia@JonesDay.com

March 2, 2012

**BY ECF**

The Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *Favors v. Cuomo*, No. 1:11-cv-05632-DLI-RR-GEL (E.D.N.Y.)

Dear Judge Mann:

      We represent in this action the Senate Majority defendants:  New York State Senator and LATFOR Co-Chair Michael F. Nozzolio, New York State Senator Dean G. Skelos, and LATFOR member Welquis R. Lopez.  We write in connection with the proceeding scheduled before Your Honor on March 5, 2012.  We respectfully request that Daniel Hennessy, a Senior Research Analyst at LATFOR, be permitted to make all or part of the presentation on behalf of the Senate Majority defendants.

      Respectfully submitted,

Todd R. Geremia

Enclosures

cc:    All parties (by ECF)

*Application granted.*

*SO ORDERED:*
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 3/2/12

ALKHOBAR • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI
FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID • MEXICO CITY
MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON