UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARK A. FAVORS, et al.,

                        Plaintiffs,                        <u>ORDER</u>

              -against-                         11-CV-5632 (DLI)(RR)(GEL)

ANDREW M. CUOMO,
*as Governor of the State of New York,*
*et al.*,

                        Defendants.
-----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       As reflected in the curriculum vita and affidavit of Stephen Daniel Ansolabehere, the expert retained by the Rose Intervenors (<u>see</u> DE #171-4), Dr. Ansolabehere has co-authored three law review articles with Prof. Persily (in 2008, 2010, and 2011) and they and another scholar filed an amicus brief to the U.S. Supreme Court in 2009.  Prof. Persily has assured the Court that his relationship with Dr. Ansolabehere will not influence his work in this case.

       SO ORDERED.

Dated:     Brooklyn, New York
              March 5, 2012

                                                **ROANNE L. MANN**
                                                **UNITED STATES MAGISTRATE JUDGE**