UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK A. FAVORS, et al.,

                                **Plaintiffs,**                  **ORDER TO SHOW CAUSE**

          -against-                                        11-CV-5632 (DLI)(RR)(GEL)

ANDREW M. CUOMO,
*as Governor of the State of New York,*
*et al.*,

                                **Defendants.**
------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

        The Court has carefully considered all of the arguments made by the parties and non-parties in their written submissions, as well as orally at today's hearing. Attached to this Order is the draft redistricting plan ("Proposed Plan") of the undersigned magistrate judge, along with district demographic statistics. Census Block Equivalency Files will be made available at the following address: https://www.nyed.uscourts.gov/pub/docs/cv/11-5632/court/.

        The parties are directed to show cause, in writing, by 9:00 a.m. on March 7, 2012, why the Proposed Plan should not be presented to the Three-Judge Panel as the recommendation of this Court. Interested non-parties may also respond, but must do so by the same deadline, through the public online submission system of the United States District Court for the Eastern District of New York (https://www.nyed.uscourts.gov). Public submissions must comply with the file-naming scheme set forth in this Court's February 28th Order, ECF Docket Entry #134.

        SO ORDERED.

Dated:     Brooklyn, New York
              March 5, 2012

                                                        **ROANNE L. MANN**
                                                          **UNITED STATES MAGISTRATE JUDGE**