# CUTI HECKER WANG LLP

305 Broadway
New York, NY 10007

Eric Hecker
212.620.2600 tel
212.620.2612 fax

ehecker@chwllp.com

March 7, 2012

<u>By ECF and Hand Delivery</u>

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Favors et al. v. Cuomo et al.*, No 11 Civ. 5632

Dear Judge Mann:

    This firm, together with Jeffrey M. Wice and Leonard M. Kohen, represents Defendant Senators John L. Sampson and Martin Milave Dilan in the above-referenced matter.  Pursuant to the Court's March 5, 2012 Order to Show Cause, we write to inform the Court that Senators Sampson and Dilan have no comment on Your Honor's draft congressional redistricting plan.

                          Respectfully submitted,

                                  /s/

                          Eric Hecker  (EH 0989)

cc:    All counsel (via ECF)