UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MARK A. FAVORS, et al.,

                          **Plaintiffs,**                    <u>ORDER</u>

          -against-                           11-CV-5632 (DLI)(RR)(GEL)

**ANDREW M. CUOMO,**
*as Governor of the State of New York,*
*et al.*,

                          **Defendants.**
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       Consistent with the understanding of the parties and the Court that LATFOR would make available all data requested by Professor Nathaniel Persily, the Court's redistricting consultant, <u>see</u> Minute Entry (Feb. 27, 2012), Electronic Case Filing Docket Entry #129, LATFOR is directed to furnish Professor Persily, on behalf of the Court, with the following materials by April 17, 2012:

      1.     A data CD compatible with Maptitude for Redistricting that includes the prisoner-adjusted data, and any data related to the citizen voting age population by race and Hispanic origin in LATFOR's possession, any additional data fields concerning race or ethnicity not included in the PL-94-171 datafile but utilized by LATFOR in producing redistricting plans, and with geographic layers indicating the enacted (but not precleared) Senate and Assembly lines.

      2.     Plotter-sized maps (and PDFs) of the enacted and the 2002 Senate districts divided into four regions: Long Island, New York City, Westchester, and the remainder of upstate.

      3.     Plotter-sized maps (and PDFs) of the enacted and the 2002 Assembly districts divided into four regions: Long Island, New York City, Westchester, and the remainder of upstate.

4. Two plotter-sized multiple race maps of New York City at the block level with block boundaries removed, one such map with the enacted Senate districts and the other with the enacted Assembly districts.

**SO ORDERED.**

Dated: Brooklyn, New York
April 10, 2012

ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE