# EXHIBIT C

DECLARATION OF ANDREW BEVERIDGE

ANDREW A. BEVERIDGE, under penalty of perjury makes the following declaration:

1)      I am a Professor of Sociology at Queens College and the Graduate Center, City University of New York.  My primary responsibilities at the College and Graduate Center are teaching statistics and research methods at the graduate and undergraduate level and conducting quantitative, statistically-based social research.  In July 2006, I assumed a three-year term as chair of the department and began a second term in July 2009.  Trained at Yale University, I have been a professor since 1973, first at Columbia University until 1981 and since then at Queens College and the Graduate Center of CUNY.  My areas of expertise include demography, the statistical and quantitative analysis of social science datasets, most particularly including Census data, survey data and administrative records.  I am an expert in the application of Geographical Information Systems (GIS) technology to the analysis of social patterns.  I regularly publish results in professional journals and peer reviewed books.  Some of my analyses have served as the basis for articles in the *New York Times*, where I serve as a demographic consultant through an agreement between Social Explorer, Inc., the CUNY Research Foundation and the *Times*.  I have served as a consultant to a number of public and private entities, where I provide services related to demographic analysis.

2)      I have testified as an expert in demographic and statistical analysis, including affidavit testimony and the submission of reports in a number of cases, including but not limited to: *Favors v. Cuomo, et al.,* U.S. District Court for the Eastern

District of NY (Hearing Testimony, 2012); *MSP Real Estate, Inc., et al., v. City of New Berlin, et al.*, and *United States v. City of New Berlin,* U.S. District Court for the Eastern District of Wisconsin; (Report, 2011) *Bear Development LLC v. City of Kenosha and Redevelopment Authority of the City of Kenosha,* U.S. District Court for the Eastern District of Wisconsin (Report and Deposition Testimony, 2011); *Melvin Boone, et al., vs. Nassau County Board of Legislators, et al*. U.S. District Court for the Eastern District of New York. (Report and Trial Testimony, 2011); *Adriana Aguilar, et al., v. Immigration and Customs Enforcement, Division of the United States Department of Homeland Security, et al*. U.S. District Court for the Southern District of New York. (Report, Rebuttal Report and Deposition Testimony, 2010); *Commonwealth of Virginia v. Prieto,* Fairfax City Virginia Circuit Court (Affidavit and Trial Testimony, 2010); *State of Georgia v. Jason McGhee,* Forsyth City Georgia State Court (Trial Testimony, 2010); *Isidoro Rivera, et al. v. Incorporated Village of Farmingdale, et al*, U.S. District Court for the Eastern District of New York (Report 2009); *Fair Housing in Huntington Committee, et al. v. Town of Huntington, New York, et al,* U.S. District Court for the Eastern District of New York (Report and Rebuttal Report, 2010). *Barkley v. United Homes LLC. et al.,* U.S. District Court for the Eastern District of New York (Report, Deposition and Trial Testimony, 2009-2011); *Mount Holly Gardens Citizens in Action, Inc., et al v. Township of Mt. Holly, et al*. U.S. District Court for the District of New Jersey (Declaration, 2008 and 2010); *Antidiscrimination Center of Metropolitan New York v. County of Westchester, et al.,* U.S. District Court for the Southern District of New York (Report, Rebuttal Report and Deposition Testimony, 2008-2009); *Five Borough Bicycle Club, et al v. City of New York, et al*. U.S. District Court for the Southern District

of New York Report (Deposition and Trial Testimony, 2008-2009); *Vargas, et al. v. Town of Smithtown.* U.S. District Court for the Eastern District of Long Island (Report, 2008); *Helene Henry, et al v. National Housing Partnership,* United States District Court, Northern District of Florida, Gainesville, Division (Three Reports and Deposition Testimony, 2007-2008); *Commonwealth of Virginia v. Sanchez*, Prince William City Virginia Circuit Court (Affidavit, 2008*); Commonwealth of Virginia v. Ajlan,* Prince William City Virginia Circuit Court (Affidavit, 2008); *New Hampshire v. Addison*, Hillsborough City, New Hampshire, North Division, Superior Court (Declaration, Deposition and Testimony, 2008); *U.S. vs. Port Chester,* Southern District of New York (Report, Two Declarations, Deposition and Hearing Testimony, 2002-2009); *Anderson, et al. v. Jackson, et al.* U.S. District Court for the Eastern District of Louisiana (Report and Deposition, 2007); *Martinez v. Kelly*, United States Court of Appeals for the Second Circuit (Declaration Regarding Peremptory Jury Strikes, 2006); *Commonwealth of Virginia vs. Portillo-Chicas*, Stafford City Virginia Circuit Court (Affidavit, 2006); *Commonwealth of Virginia vs. Rogers,* Stafford City Virginia Circuit Court (Report and Testimony, 2006); *U.S. v. Margaret Torres,* Eastern District of Louisiana (Declaration, 2006); *U.S. v. Caldwell*, Eastern District of Louisiana (Declaration 2006); *U.S. vs. Darryl Green, et al.* Eastern Division of the District of Massachusetts (Seven Declarations and Trial Testimony 2004-2006),  A more complete list of cases and other matters in which I have provided opinions are listed in my résumé, attached as Exhibit 1.

      3)       I have been retained by the Center for Law and Social Justice, Newman Ferrara LLP, and Frederick Brewington, counsel for plaintiff intervenors in the case *Favors et al., v. Cuomo, et al*.

4)      I was asked to analyze the extent to which the plans enacted by the New York State Senate and Assembly dilute the voting strength of minority citizens of Nassau County, most particularly African American and Hispanic citizens.  I was also asked to see if Senate and Assembly districts could be created that were less dilutive, and to propose less dilutive districts.

5)      I had access to the adopted Senate and Assembly Plans in the form of block equivalency files.  I used Maptitude for Redistricting to help assess the dilutive nature of these plans.  I used both the PL-9417 released data as adjusted by LATFOR, as well as the Citizens of Voting Age tabulation released on February 9, 2012 on the Census Bureau Website at www.census.gov/rdo .

*6)*      In addition, I had access to various reports that were done related to voting analysis and communities of interest by Professors Robert Smith and Michael McDonald of Baruch College and Binghamton University respectively that directly focused on the areas that have substantial compact concentrations African American and Hispanics of voting age for use in the case *Boone, et al. v. Nassau County Board of Legislators.*  I also testified in that case.

7)      Also shared with me were analyses related to recent elections for Nassau County Board of Legislators produced by Matt Stevens working for the New York State Senate.

8)      I have had substantial experience analyzing residential patterns in this area of Nassau County, as I was a plaintiff's expert in *Goosby v. Town Board of Hempstead*, and also testified for the plaintiff's in *Rodriguez v. Pataki*.  The area at issue is virtually identical with the area I analyzed in the case *Boone, et al. v Nassau County*

4

*Board of Legislators.*

9)      The analysis presented here is preliminary due to time constraints.  I will revise and supplement this declaration at a later date.  Nonetheless, my basic conclusions are unlikely to change based upon further analysis, since they are based on the distribution of population and voters in one area in Nassau county, which I have analyzed numerous times in the past..

10)      The adopted assembly plan concentrates the African American in one district (District 18).  That district has a composition of 60.85 percent non-Hispanic Black Citizens of Voting Age (CVAP) and 79.74 percent of Hispanic and non-Hispanic Black CVAP combined.  See Exhibit 2.

11)      As Exhibits 3 and 4 show, the adopted plan splits portions of this community of interest into five districts: 13, 15, 18, 21 and 22.  This serves to dilute the voting strength of the African American voting age citizens and the Hispanics and African American voting age citizens together.

12)      I was able to create two proposed districts which reunite these communities of interest and have majorities of African Americans citizens of voting age in each of two districts (50.8 and 50.9 percent).  It also has a substantial majority of Hispanics and African American Citizens in these same two districts (69.9 and 66.3 percent).  The proposed districts are shown in Exhibit 4.

13)      As Exhibit 3 and 4 also show, only District 18 has a substantial concentration of African American citizens of voting age or African American citizens of voting age combined with Hispanics, so the current lines serves to "crack" and "pack" the African American community.

5

14)     Based upon my reading of the materials submitted in *Boone v. Nassau County Board of Legislators* and the recent voting analysis done of the last Nassau County Board Election that occurred in November 2011, I have no doubt that these two districts would allow African Americans to elect a candidate of choice in each districts.

15)     A similar cracking or splitting of the Hispanics and African American citizens is found in the adopted Senate plan.  No district has a majority of Non-Hispanic Black and Hispanic Citizens of Voting Age.  See Exhibit 5.

16)     Here the Hispanics and African Americans areas are split into four districts: 6, 7, 8, and 9, as is shown in the Exhibits 6 and 7.  This serves to dilute the voting strength of the African American citizens and the Hispanics and African American citizens together.

17)     The proposed district has an African American CVAP of 40.1 percent and a majority of Hispanic and African American CVAP of 56.6 percent.  In short, this proposed district reunites this community of interest.

18)     Based upon the analyses done by Michael McDonald in the *Boone* case, as well as the analyses by Matt Stevens of the recent Nassau Board election, I have no doubt that this district will perform and produced a candidate of choice of the African American community coalescing with Hispanics, who have settled near African Americans.

19)     The proposed Assembly plan deprives African American voters and African American voters allied with Hispanics of their ability to elect their candidates of choice in two districts.  Rather, the current configuration "packs" those voters into one district, while splitting the remaining members of the group among several districts.

20)     The proposed Senate plan deprives African American voters allied with Hispanics of their ability to elect their candidate of choice in one Senate district. Rather, the current configuration "cracks' the voting strength of those voters among several districts.

21)     Base upon this analysis, it is my opinion to a degree of scientific certainty that the current Senate and Assembly plans each deprive minority voters of their right to chose one candidate of choice in both the Senate and the Assembly.


The foregoing statistical reporting is based upon my experience and qualifications as a social science and statistical data analyst utilizing data from the sources indicated.

 Respectfully submitted,

Yonkers, New York
April 12, 2012

# EXHIBIT 1

**CURRICULUM VITAE**                                   03/01/2012

**Andrew Alan Beveridge**

| | | | |
|---|---|---|---|
| **Office:** | 233 Powdermaker Hall | **Home:** | 50 Merriam Avenue |
| | Department of Sociology | | Bronxville, New York 10708 |
| | Queens College--CUNY | | (914)  337-6237 |
| | Flushing, New York 11367 | | (914)  337-8210  FAX |
| | (718) 997-2837, 718-997-2852 | | |
| | (718) 997-2820 FAX | | |

## PERSONAL

Born April 27, 1945, Madison, Wisconsin
Married, one child
U.S. Citizenship

## EDUCATION

| | |
|---|---|
| 1968-73 | Yale University (Sociology), M.Phil. 1971; Ph.D. 1973 |
| 1967-68 | Yale University (Econometrics, Economic Theory) |
| 1964-67 | Yale College (Economics), B.A. 1967, with honors in economics |
| 1963-64 | California Institute of Technology (Freshman Year, Math, Science) |

## RECOGNITION AND AWARDS

| | |
|---|---|
| 2007 | American Sociological Association *Public Understanding of Sociology Award* |
| 2006-pres. | Marquis *Who's Who in the World* |
| 2005-pres. | Marquis *Who's Who in America* |
| 2010 | *Social Explorer* (Co-Creator) named Outstanding Reference Source by the Reference and Users Services Association of the American Libraries Association |

## TEACHING EXPERIENCE

| | |
|---|---|
| 2006-11 | Chair, Queens College, Department of Sociology |
| 2002-pres. | Professor, Queens College and Ph.D. Program in Sociology, Graduate School and University Center, The City University of New York |
| 1981-01 | Associate Professor of Sociology, Queens College, and Ph.D. Program in Sociology Graduate School and University Center, The City University of New York |
| 1981-82 | Associate Professor of Sociology, Columbia University |
| 1973-81 | Assistant Professor of Sociology, Columbia University |
| 1972-73 | Acting Instructor, Department of Sociology, Yale University |
| 1969-70 | Assistant in Instruction, Department of Sociology, Yale University |

## RESEARCH APPOINTMENTS

| | |
|---|---|
| 2008-pres. | Executive Committee Member and Affiliate, CUNY Institute for Demographic Research |
| 1987-88 | Visiting Researcher, Center for Studies of Social Change, The New School for Social Research |
| 1982-83 | Research Associate, Center for the Social Sciences, Columbia University |
| 1980-82 | Co-Director, Annual Housing Survey Project, Center for the Social Sciences, Columbia University |
| 1970-72 | Research Affiliate, Institute for African Studies (the former Rhodes-Livingstone Institute), Lusaka, Zambia |
| 1965-69 | Research Assistant and Programmer, Department of Economics and Economic Growth Center, Yale University |

## OTHER RELATED ACTIVITIES

| | |
|---|---|
| 2006-pres. | Co-Founder (with Ahmed Lacevic) and President, *Social Explorer, Inc.*  A web-based map and data service, now distributed by Oxford University Press and Pearson Publishing. |
| 1997-pres. | President of Andrew A. Beveridge, Inc. a Demographic and Social Science Data Consulting Firm that provides consulting in litigation and other settings. |

**OTHER RELATED ACTIVITIES (Continued)**                                    **2**

| | |
|---|---|
| 1993-pres. | Consultant to the Newspaper Division of the *New York Times.* Work with reporters and editors regarding covering social science and demographic trends.  Analyses and data cited over 1000 times in Newspaper. |
| 2001-pres. | Columnist for the *Gotham Gazette.* Write Demographic Topic on recent trends and news related to social and demographic trends. |

## PUBLICATIONS

### Papers

| | |
|---|---|
| In Press | "The Development and Persistence of Racial Segregation in United States Urban Areas: 1880 to 2000."  Andrew A. Beveridge.  In Ian Gregory and Alistair Geddes (eds.) *Re-thinking space and place: New directions in historical GIS.*  Bloomington, IN: Indiana University Press. |
| 2011 | "Avenue to Wealth or Road to Financial Ruin?  Home Ownership and Racial Distribution of Mortgage Foreclosures."  Elena Vesselinov and Andrew A. Beveridge.  In Christopher Niedt and Marc Silver (eds.) Forging *a New Housing Policy: Opportunity in the Wake of Crisis.*  Hempstead NY:  National Center for Suburban Studies, Hofstra University, pp. 45-55. |
| 2011 | "The Rise and Decline of the L.A. and New York Schools."  David Halle and Andrew A. Beveridge.  In Dennis R Judd and Dick Simpson (eds.) *The City, Revisited: Urban Theory from Chicago, Los Angeles and New York.*  Minneapolis, MN: University of Minnesota Press, pp. 137-69. |
| 2011 | "Commonalities and Contrasts in the Development of Major United States Urban Areas: A Spatial and Temporal Analysis from 1910 to 2000."  Andrew A. Beveridge.  In Myron P. Guttman, Glenn D. Deane, Emily R. Merchant and Kenneth M. Sylvester (eds.) *Navigating Time and Space in Population Studies,* Springer for the International Union for the Scientific Study of Population, pp. 185-216. |
| 2009 | "How Does Test Exemption Affect Schools' and Students' Academic Performance?" Jennifer L. Jennings and Andrew A. Beveridge.  *Educational Evaluation and Policy Analysis*, vol. 31: June, pp. 153-75. |
| 2008 | "A Century of Harlem in New York City: Some Notes on Migration, Consolidation, Segregation and Recent Developments."  Andrew A. Beveridge.  *City and Community* vol. 7:4 pp. 357-64. |
| 2007 | "Who Counts for Accountability?  High-Stakes Test Exemptions in a Large Urban School District." Jennifer Booher-Jennings and Andrew A. Beveridge.  In A. Sadovnik, J. O'Day, G. Bohrnstedt, & K. Borman (eds.) *No Child Left Behind and the Reduction of the Achievement Gap: Sociological Perspectives on Federal Education Policy.*  Routledge, Taylor & Francis Group, pp. 77-95. |
| 2006 | "Community-Based Prevention Programs in the War on Drugs: Findings from the 'Fighting Back' Demonstration."  Leonard Saxe, Charles Kadushin, Elizabeth Tighe, Andrew A. Beveridge, David Livert, Archie Brodsky and David Rindskopf,  *Journal of Drug Issues,* vol. 36:2 pp. 263-94. |
| 2006 | "Varieties of Substance Use and Visible Drug Problems: Individual And Neighborhood Factors."  Julie Ford and Andrew A. Beveridge.  *Journal of Drug Issues*, vol. 36:2, pp. 377-92. |
| 2006 | "Neighborhood Crime Victimization, Drug Use And Drug Sales: Results From The 'Fighting Back' Evaluation."  Julie Ford and Andrew A. Beveridge.  *Journal of Drug Issues*, vol. 36:2, pp. 393-416. |
| 2006 | "Scale-Up Methods as Applied to Estimates of Heroin Use."  Charles Kadushin, Peter D. Killworth, Russell H. Bernard, Andrew A. Beveridge.  J*ournal of Drug Issues*, vol. 36:2, pp 417-40. |

2004    "'Bad' Neighborhoods, Fast Food, 'Sleazy' Businesses and Drug Dealers: Relations Between the Location of Licit and Illicit Businesses in the Urban Environment."  Julie Ford and Andrew A. Beveridge.  *Journal of Drug Issues,* vol. 34:1, pp. 51-76.

2003    "Race and Class in the Developing New York and Los Angeles Metropolises: 1940 to 2000."  Andrew A. Beveridge and Susan Weber.  In David Halle (ed.) *New York and Los Angeles: Politics, Society and Culture, A Comparative View.*  University of Chicago Press, pp. 49-78.

2003    "Residential Separation and Segregation, Racial and Latino Identity, and the Racial Composition of Each City."  David Halle, Robert Gedeon and Andrew A. Beveridge.  In David Halle (ed.) *NewYork and Los Angeles: Politics, Society and Culture: A Comparative View.*  University of Chicago Press, pp. 150-90.

2003    "The Black Presence in the Hudson River Valley, 1790 to 2000: A Demographic Overview."  Andrew A. Beveridge and Michael McMenemy.  In Myra B. Armestead (ed.) *Mighty Change, Tall Within: Black Identity in the Hudson Valley.*  State University of New York Press, pp. 263-80.

2002    "Immigrant Residence and Immigrant Neighborhoods in New York, 1910 and 1990."  Andrew A. Beveridge.  In Pyong Gap Min (ed.) *Classical and Contemporary Mass Migration Periods: Similarities and Differences.*  Altamira Press, pp.199-231.

2002    "Immigration, Ethnicity and Race in Metropolitan New York, 1900-2000."  Andrew A. Beveridge.  In Anne Kelly Knowles (ed.) *Past Time, Past Place: GIS for History.*  ESRI Press, pp. 65-78.

2001    "The Visibility of Illicit Drugs: Implications for Community-based Drug Control Strategies."  Leonard Saxe, Charles Kadushin, Andrew A. Beveridge, David Livert, Elizabeth Tighe, Julie Ford and David Rindskopf, *American Journal of Public Health*, vol. 91:12, pp. 1987-94.

2001    "Does Neighborhood Matter? Family, Neighborhood and School Influences on Eighth-Grade Mathematics Achievement."  Sophia Catsambis and Andrew A. Beveridge.  *Sociological Focus.* vol. 34, October, pp. 435-57.

2001    "Simulating Social Research Findings To Aid in Teaching Introductory-Level Sociology Courses."  Andrew A. Beveridge, Joanne Miller, Dean Savage, Lauren Seiler and Carmenza Gallo.  In Vernon Burton (ed.) *The Renaissance of Social Science Computing.*  Champaign: University of Illinois Press.

2000    "Survey Estimates of Drug Use Trends in Urban Communities: General Principles and Cautionary Examples."  Andrew A. Beveridge, Charles Kadushin, Leonard Saxe, David Rindskopf and David Livert.  *Substance Use and Misuse*, vol. 35, pp. 85-117.

1997    "Think Globally Act Locally: Assessing the Impact of Community-Based Substance Abuse Prevention." Leonard Saxe, Emily Reber, Denise Hallfors, Charles Kadushin, Delmos Jones, David Rindskopf and Andrew A. Beveridge.  *Evaluation and Program Planning,* vol. 20:3, pp. 357-66.

1988    "An Evaluation of 'Public Attitudes Toward Science and Technology' in *Science Indicators the 1985 Report.*"  Andrew A. Beveridge and Fredrica Rudell.  *Public Opinion Quarterly*, vol. 53: Fall, pp. 374-85.

1986    "Microcomputers as Workstations for Sociologists."  Andrew A. Beveridge.  *Sociological Forum*, vol. 1:Fall, pp. 701-15.

1985    "Running Records and the Automated Reconstruction of Historical Narrative."  Andrew A. Beveridge and George V. Sweeting.  *Historical Social Research* vol. 35:July, pp. 31-44.

1985    "Local Lending Practices: Borrowers in a Small Northeastern Industrial City, 1832-1915."  Andrew A. Beveridge.  *Journal of Economic History*, vol. 65:2, pp. 393-403.

1985    "Action, Data Bases, and the Historical Process: The Computer Emulating the Historian?"  Andrew A. Beveridge and George V. Sweeting.  In Robert F. Allen (ed.)

**PUBLICATIONS (Continued)**                                              **4**

*Data Bases in the Humanities and Social Sciences.*  Osprey Florida, Paradigm Press, Inc., pp. 117-22.

1981   "Studying Community, Credit and Change by Using 'Running' Records from Historical Sources."  Andrew A. Beveridge.  *Historical Methods*, vol. 14:4, pp. 153-62.

1980   "Organizing 'Running' Records to Analyze Historical Social Mobility."  Andrew A. Beveridge, George R. Hess and Mark P. Gergen.  In Joseph Raben and Gregory Marks (eds.) *Data Bases in the Humanities and Social Sciences.*  Amsterdam and New York, North-Holland Publishing Company, pp. 157-64.

1977   "Social Effects of Credit: Cheshire County, New Hampshire: 1825-1860."  Andrew A. Beveridge.  *Regional Economic History Research Center Working Papers*, Autumn, pp. 1-33.

1974   "Economic Independence, Indigenization and the African Businessman: Some Effects of Zambia's Economic Reforms."  Andrew A. Beveridge.  *African Studies Review*, vol. 17:3, pp. 477-92.

**Maps**

2011   "Charles Burnett's Los Angeles, Circa 1970: The City" and "Charles Burnett's Los Angeles, Circa 1970: His Neighborhood."  Andrew A. Beveridge.  In Robert E. Kapsis (ed.) *Charles Burnett Interviews.*  Jackson, MS, University of Mississippi Press, in folio between p.94 and p.95.

**Book**

1979   *African Businessmen and Development in Zambia.*  Andrew A. Beveridge and A. Oberschall.  Princeton N.J. and Guildford, Surrey, United Kingdom: Princeton University Press, 382 pp.

**Invited Pieces and Columns**

***Gotham Gazette*** Demographic Topic Columns: January 2001-pres.

"10 Years Later:  Enumerating the Loss at Ground Zero" (September 10, 2011)
"Under a Different Name Census Data is Ready for Perusal" (August 11, 2011)
"Failure of Redistricting Reform Could Bring Reprise of 2002's Fiasco" (June 16, 2011)
"Census Wounded City's Pride but Probably Got the Numbers Right" (April 26, 2011)
"Census Brings Unpleasant Surprise for State Politicians" (January 04, 2011)
"Census Likely to Offer Accurate Count of New Yorkers" (September 16, 2010)
"Census Could Set Off Major Redistricting in State" (February 25, 2010)
"New York's Now Beleaguered Financial Workforce" (August 2009)
"New York and the Fight Over the 2010 Census" (February 2009)
"The Senate's Demographic Shift" (November 2008)
"A Shift in Albany Could Avert Higher Rents" (October 2008)
"An Affluent, White Harlem?" (August 2008)
"The School Divide Starts at Kindergarten" (June 2008)
"Housing Squeeze Shows No Sign of Easing" (May 2008)
"A Religious City" (February 2008)
"Will the 2010 Census 'Steal' New Yorkers?" (December 2007)
"The End of 'White Flight'?"  (November 2007)
"Feeling the Effects of a Housing Bust" (September 2007)
"No Quick Riches for New York's Twentysomethings" (June, 2007)
"Women of New York City" (March, 2007)
"Stuyvesant Town and Peter Cooper Village, Then and Now" (September, 2006)
"What New Yorkers Are Like Now" – First Results of the American Community Survey" (August, 2006)
"Hitting the 9 Million Mark" (June, 2006)
"New York's Asians" (May, 2006)
"Undocumented Immigrants" (April, 2006)

**PUBLICATIONS (Continued)**                                                      **5**

"Transit Workers/Transit Riders; Beginning Lawyers Are Richer; 9 Million New Yorkers?" (March, 2006)
"Teachers In NYC's Institutions Of Higher Learning" (January, 2006)
"Hispanics and the Ferrer Candidacy" (December, 2005)
"Disabled in New York City; Also: Is The City Still Booming?" (November, 2005)
"Who Can Afford to Live in New York City?" (October, 2005)
"Can NYC "Profile" Young Muslim Males?"(August, 2005)
"Upstate and Downstate – Differing Demographics, Continuing Conflicts" (July, 2005)
"Living at Home After College" (June, 2005)
"Four Trends That Shape The City's Political Landscape" (May, 2005).
"High School Students" (April, 2005)
"New York's Responders and Protectors" (March, 2005)
"Who Got The Death Penalty" (February, 2005)
"Wall Street Bonus Babies" (January, 2005)
"New York Lawyers: A Profile" (December, 2004)
"Bush Does Better and Other Election Results In NYC" (November, 2004)
"New York's Creative Class" (October, 2004)
"Portrait of Same-Sex (Married) Couples" (September 2004)
"New York City Is a Non-Voting Town" (August, 2004)
"New York's Divided Afghans" (July, 2004)
"Flaws in the New School Tests" (June, 2004)
"Why Is There A Plunge In Crime?" (May, 2004)
"Estimating New York City's Population" (April, 2004)
"The Passion for Religion Ebbs" (March, 2004)
"Imprisoned In New York" (February, 2004)
"Who Are NYC's Republicans?"  (January, 2004)
 "Five Hidden Facts about Housing--An Analysis of Data from the Housing and Vacancy Survey" (December, 2003)
"Young, Graduated and in New York City" (October, 2003)
"Back To (Public and Private) School" (September, 2003)
"The Vanishing Jews" (July, 2003)
"The Affluent of Manhattan" (June, 2003)
"How Different Is New York City From The United States?" (May, 2003)
"The Poor in New York City" (April, 2003)
"Eight Million New Yorkers?  Don't Count On It" (March, 2003)
"Does Archie Bunker Still Live in Queens?" (February, 2003)
"Is There Still A New York Metropolis?" (January, 2003)
"City of the Foreign-Born" (December, 2002)
"Can The US Live Without Race?" (November, 2002)
"New York's Declining Ethnics" (October 2002)
"A Demographic Portrait of the Victims in 10048" (September, 2002)
"Manhattan Boom" (August, 2002)
"GOP Senate Majority Repeals Census 2000" (July, 2002)
"Changing New York City" (June, 2002)
"The Census Bureau's Bad Estimates" (May, 2002)
"The Boom 1990's?" (April, 2002)
"Segregation" (March, 2002)
"Non-Legal Immigrants" (February, 2002)
"Counting Muslims" (January, 2002)
"The Arab Americans in Our Midst" (September, 2001)
"A White City Council" (August, 2001)
"Counting Gay New York" (July, 2001)
"Redistricting" (June, 2001)
"Politics and the Undercount" (May, 2001)
"False Facts about Census 2000" (April, 2001)
"Eight Million New Yorkers!" (March, 2001)
"Redefining Race" (February, 2001)
"Census Bureau Finds 830,000 'Extra' New Yorkers" (January 2001)

**Other:**

**PUBLICATIONS (Continued)**                                                    **6**

1988    "Credit to the Community: American Banking's Tribal Roots." *Thesis* (Spring), pp. 18-23.
1996    "Sociologists: Eyes Open for Trends in New York City." *ASA Footnotes*, January,. p. 1.
1996    "Stroll the Upper East Side for Lifestyles of the Elite." *ASA Footnotes*, March, p. 1
1976    "African Businessmen in Zambia." *New Society*, 35:702: pp. 599-601.

**Book Reviews**

1995    *The Assassination of New York.* Robert Fitch. *Contemporary Sociology*, vol. 24:March, pp. 233-34.

1990    *Doing Deals: Investment Banks at Work.* Robert G. Eccles and Dwight B. Crane. *Contemporary Sociology*, vol. 19:May, pp. 186-87.

1988    *The End of Economic Man? Custom and Competition in Labor Markets.* David Marsden. *Contemporary Sociology*, vol. 17:March, pp. 172-73.

1988    *Technocrimes: The Computerization of Crime and Terrorism.* August Bequai. *Society*, vol. 25:May/June, pp. 87-88.

1985    *The Economic Basis of Ethnic Solidarity: Small Business in the Japanese American Community.* Edna Bonacich and John Modell. *American Journal of Sociology*, vol. 90:January, pp. 942-45.

1979    *Oneida Community Profiles.* Constance Noyes Robertson. *Business History Review*, vol. 53:Autumn, pp. 277-78.

1978    *Urban Man in Southern Africa.* C. Kileff and W.C. Pendleton (eds.) *African Studies Association Review of Books*, vol. 4, pp. 25-26.

1977    *Colonialism in Africa, 1870-1960  Volume Four: The Economics of Colonialism.* Peter Duignan and L.H. Gann (eds.) *Business History Review*, vol. 51:Autumn, pp. 382-85.

1976    *The Quality of American Life: Perceptions, Evaluations, and Satisfactions.* Angus Campbell, Philip Converse, and Willard L. Rogers (eds.). *Political Science Quarterly*, vol. 91:Fall, pp. 529-31.

1976    *Corporate Power in an African State: The Political Impact of Multinational Mining Companies in Zambia.* Richard L. Sklar. *African Studies Association Review of New Books*, vol. 2, pp. 53-55.


**Reports**

2000    *Fighting Back Household Survey, Interim Report of 1995-1999 Findings.* David Livert, Charles Kadushin, Leonard Saxe, Andrew A. Beveridge, David Rindskopf, Elizabeth Tighe, Jennifer Hoffman, Saul Kelner, Ricardo Barreras and Julie Ford.

1997    *Fighting Back Evaluation Interim Report: Wave II General Population.* Survey David Livert, Charles Kadushin, Leonard Saxe, Andy A. Beveridge, David Rindskopf, Elizabeth Tighe, Jennifer Hoffman, Saul Kelner, Ricardo Barreras and Julie Ford.

1997    *Monitoring Archival Indicators of Alcohol and Other Drug Harm: A Fighting Back Progress Repor*t. Andrew A. Beveridge, Elizabeth Tighe, Mary Jo Larson, David Rindskopf, David Livert, Susan Weber, Charles Swartz, John McKenna, Charis Ng and Leonard Saxe.

1997    *Social Trends in North America:* Andrew A. Beveridge, Vivian Brachet, Lorne Tepperman and Jack Veugelers. Prepared for the State of the Environment Report of the Consortium for Environmental Cooperation, Montreal, Quebec.

1996    *Fighting Back Program Interim Report,* Leonard Saxe, Emily Reber, Charles Kadushin, Andrew A. Beveridge, Mary Jo Larson, David Rindskopf, David Livert, Joe Marchese, Michael Stirrat and Susan Weber.

1994    *Black and White Property Tax Rates and Other Homeownership Costs in 30 Metropolitan Areas: A Preliminary Report.* Andrew A. Beveridge and Jeannie D'Amico. Queens College of the City University of New York, Department of Sociology, Program for Applied Social Research.

1994    *An Analysis of Black and White Income Differences: Queens County and the United States.* Andrew A. Beveridge and Jeannie D'Amico. Queens College of the City University of New York, Department of Sociology, Program for Applied Social Research.

**PUBLICATIONS (Continued)** 7

1992 *Patterns of Residential Segregation in New York City, 1980-1990: A Preliminary Analysis.* Andrew A. Beveridge and Hyun Sook Kim. Queens College of the City University of New York, Department of Sociology, Program in Applied Social Research.

1988 *Integrating Social Science Workstations into Research and Teaching: Final Report to IBM.* Andrew A. Beveridge and Lauren Seiler. Queens College of the City University of New York, Department of Sociology.

1984 *Changing Lifestyles and Newspaper Reading: An Exploratory Study of Younger Adults.* Andrew A. Beveridge and Albert E. Gollin. Newspaper Readership Project, Newspaper Advertising Bureau.

1978 Social Effects of Time of Use Pricing of Electric Power: A Sociological Approach. Andrew A. Beveridge. Electric Power Research Institute

## SELECTED RECENT PRESENTATIONS

### Presentations of Scholarly Work

2011 Elena Vesselinov and _____. "Foreclosures, Subprime Loans and the Neighborhood Effects of Race and Class in Detroit and Phoenix." Annual Meeting of the American Sociological Association, Las Vegas, NV, August 23.

2011 Elena Vesselinov and _____. "From Chicago to Las Vegas? The Housing Bubble, Ethnic Communities, Social Class and the Effects of Mortgage Foreclosures." Annual Meeting of the American Sociological Association, Las Vegas, NV, August 22.

2011 "The Demographics of Boom and Bust: New York and LA Metros, 1990 to 2011." Annual Meeting of the American Sociological Association, August 20, Las Vegas, NV.

2011 "How Do Current Districts Stack-Up." The Redistricting Puzzle: The Shifting Sands of Population and the Electorate: Changes in New York. CUNY Graduate Center. May 5.

2011 "Displacing Hope: Hope VI and the Destruction of Housing for Poor Families." Annual Meeting of the Urban Affairs Association, March 16-19, New Orleans, LA.

2011 "2010 Census: Research Issues and Opportunities." Panelist. Annual Meeting of the Eastern Sociological Society, Philadelphia, PA, February 26.

2011 "The Effects of Foreclosure on Educational Performance." Annual Conference of the Sociology of Education Association. Asilomar Conference Center Pacific Grove, California. February 18-20, 2011.

2010 "The Origins of the "Bubble" and the Financial Crisis 2008: "Looting" by Lenders or Default by Profligate Borrowers." Andrew A. Beveridge. Annual Meeting of the Social Science History Association, November 18-21, Chicago, IL.

2010 "Success in Cumulative Voting Systems." Andrew A. Beveridge and Robert Smith. Annual Meeting of the Social Science History Association, November 18-21, Chicago, IL.

2010 "Avenues to Wealth or Roads to Financial Ruin? Homeownership and the Distribution of Mortgage Foreclosures. Elena Vesselinov and Andrew A. Beveridge. Annual Meeting of the American Sociological Association, August 15, Atlanta, GA.

2010 "Teacher Effectiveness on High- and Low-Stakes Tests," Corcoran, Sean P., Jennifer L. Jennings, and Andrew A. Beveridge. Presented at the Institute for Research on Poverty Summer Institute, University of Wisconsin – Madison, June.

2010 "Social Effects of Foreclosures in New York and Los Angeles Metros, a Preliminary Analysis. Andrew Beveridge, and Elena Vesselinov. Eastern Sociological Society Annual Meeting, Boston, MA. March 18-21.

2010 "Homeowners No More: A First Look at the Foreclosure Crisis's Effects on Neighborhoods and Communities across the United States." Andrew Beveridge and Elena Vesselinov. Eastern Sociological Society Annual Meeting, Boston, MA. March 18-21.

**SELECTED RECENT PRESENTATIONS (Continued)**                                    **8**

2009    "Foreclosure Patterns and Demographic Trends in the Los Angeles and New York Metros."  Presented at the Annual Meeting of the Social Science History Association. Long Beach, CA.  November 12-15.

2009    "Cities: What the Classics Can Tell Urbanisms Today."  Panel Presentation, Annual Meeting of the Social Science History Association, Long Beach, CA.  November 12-15.

2009    "Reflecting on Efforts to Build Communities of Teachers, Learners, and Researchers using Web 2.0 Tools."  Panel Presentation at the Annual Meeting of the American Sociological Association, San Francisco.  August 8-11.

2009    "Sociologists and the Media: Developing Positive Relationships between Journalists and Academia."  Workshop Presentation at the Annual Meeting of the American Sociological Association, San Francisco.  August 8-11.

2008    "Religious Adherents and the 2000 Presidential Election:  A Spatial Analysis." Presented at the Social Science History Association 2008 Annual Meeting, Miami, Florida, October 24-26.

2008    "Segregation Revisited:  The Growth and Dispersal of Black, Latino, Immigrant and Ethnic Populations in United States Metropolitan Areas Since 1950"  Presented at Historical GIS 2008.  University of Essex, UK.  August 21-22.

2008    "Teacher Effects on High and Low-Stakes Tests," Jennifer L. Jennings and Andrew A. Beveridge. Annual Meeting of the American Education Research Association, New York, NY, March 25-28.

2007    "School Games: Does Gaming the System Affect Students' Academic Achievement? Andrew A. Beveridge and Jennifer Booher Jennings. Presented at the 2007 American Educational Research Association Annual Meeting, Chicago, IL, April 9-13.

2006    "Peopling and Building New York City, 1900 to 2000: The Interaction of Demographic Factors and Land Use Decisions." Presented at the 2006 Annual Meeting of the Social Science History Association, Minneapolis, MN, November 2-5.

2006    "Commonalities and Contrasts in the Development of Major United States Urban Areas: A Spatial and Temporal Analysis from 1910 to 2000. Presented at the International Union for the Scientific Study of Population Seminar Space and Time in Historical Demographic Research – New Methods and Models." Minneapolis, MN, October 31 and November 1.

2006    "Neighborhood Crime Victimization, Drug Use and Drug Sales" Julie Ford and Andrew A. Beveridge. Presented at the 2006 Annual Meeting of the American Sociological Association. Montreal, Quebec, August 11-14.

2006    "Are All US Urban Areas Becoming Los Angeles? New Findings About Urban Growth and Development" Presented at the 2006 Annual Meeting of the American Sociological Association. Montreal, Quebec, August 11-14.

2006    "Research Workshop. Geographical Information Systems (GIS) as a Research Tool for Sociologists." Presented at the 2006 Annual Meeting of the American Sociological Association. Montreal, Quebec, August 11-14.

2006    "Research Workshop. Using Data from the U.S. Department of Education for Research" Presented at the 2006 Annual Meeting of the American Sociological Association. Montreal, Quebec, August 11-14.

2006    "The Sociological Implications of Improbable Score Patterns in the Houston Independent School District." Jennifer Booher Jennings and Andrew A. Beveridge. Presented at the Annual Meeting of American Education Research Association. San Francisco, CA, April 10-14.

**Presentations Regarding *Social Explorer***

2011    American Sociological Association, Annual Meeting, Research Poster, August 21, Las Vegas, NV.

**SELECTED RECENT PRESENTATIONS (Continued)**               **9**

American Library Association, Annual Meeting, Oxford University Press, Booth, June 25, New Orleans, LA.

Center for Geographical Analysis, Harvard University, 2011 Conference, May 6 and 7, Cambridge, MA.

CUNY Journalism School, Ethnic Community and Media Census Training, May 5, New York, NY.

American Association of Public Opinion Research, New York Chapter, April 21, New York, NY.

Population Association of America, Pre-Conference Session, March 30, Washington, DC.

National Low Income Housing Coalition, Annual Conference, March 29, Washington, DC.

Census Bureau, Geography Division, January 28, Washington, DC.

National Science Foundation NSF Course Curriculum and Laboratory Improvement Program/Transforming Undergraduate Education in Science Conference and Atrium Presentation, January 26-28, Washington, DC.

CUNY Journalism School, Making Sense of the Census, January 3, New York, NY.

2010     Social Science History Association, Annual Meeting,  "Exploring Long Term US Change: Research and Teaching with Social Explorer," November 18, Chicago, IL.

Jewish Community Relations Council, Community Connections Fellowship Orientation, New York, November 9.

U.S. State Department, Office of International Visitors.  "Changing Demographics and Multiculturalism in the United States."  Flushing, NY, September 21.

American Sociological Association, Annual Meeting, Research Funding Opportunities and Data Resources Poster, August 15, Atlanta, GA.

2009     American Sociological Association, Annual Meeting, Research and Data Support Poster, August 8-11, San Francisco, CA.

Eastern Sociological Association, Annual Meeting, Research Workshop, April 2-5. Baltimore, MD.

2008     American Sociological Association, Annual Meeting, Research and Data Support Poster, August 2, Boston, MA.

2007     New York Chapter of the American Association of Public Opinion Research, October 4, New York, NY.

American Sociological Association, Annual Meeting, Research and Data Support Poster, August 12, New York, NY.

Coalition for the National Science Foundation, U.S. House Office Building Reception, Official Representative of the American Sociological Association, Washington, DC, June 26,.

Pew Research Center, Washington, DC, June 25.

2006     National Center for Supercomputing Applications ,Invited Conference on Spatial Thinking in the Social Sciences and Humanities," December 18-19, Urbana, IL.

Annual Meeting of the Social Science History Association, "Social Explorer as a Resource for Teaching," November 2-5,, Minneapolis, MN.

Annual Meeting of the American Sociological Association, Research Workshop, "Geographical Information Systems (GIS) as a Research Tool for Sociologists," August 11-14, Montreal, Quebec.

Annual Meeting of American Sociological Association, Research and Data Support Poster, August 11-14, Montreal, Quebec..

National Center for Supercomputing Applications, Invited Conference on Spatial Thinking in the Social Sciences and Humanities, December 18-19, Urbana, IL.

## GRANTS AND AWARDS

### Grants and Awards in Progress

"Integrated Public Use Microdata Sample Redesign."  Subcontract through University of Minnesota from National Institutes of Health R01,2006--pres $175,000.

**GRANTS AND AWARDS (CONTINUED)**                                    **10**

"Census Analyses for the New York Metropolitan Area."  *New York Times* Newspaper Division and CUNY Center for Advanced Technology, 1993-pres.,$1,479,726.

"Creating and Disseminating Tools to Teach with Demographic Data Maps and Materials."  Andrew A. Beveridge and Josh Radinsky, National Science Foundation, Division of Undergraduate Education, 2009-2012, $232,896

"Collaborative Research—The National Historical Geographic Information System."  National Science Foundation, Sociology Program, 2007-2012, $99,725 (Continuing Award)..

## Grants and Awards Completed

"The Distribution and Social Impact of Mortgage Foreclosures in the United States."  Andrew A. Beveridge and Elena Vesselinov, National Science Foundation, Sociology Program, 2009-2010, $144,995.

"Collaborative Research—Creating Exemplary Curricula and Supporting Faculty Development in Using Social Explorer to Teach with Demographic Data Maps." Andrew A. Beveridge and Joshua Radinsky, National Science Foundation, Division of Undergraduate Education, CCLI, Phase 1, 2006-2008, $149,970.

"Collaborative Research—A Digital Library Collection for Visually Exploring United States Demographic and Social Change." Andrew A. Beveridge and David Halle, 2002-2007, $706,746.

"National Historical Geographical Information System."  John Adams, Andrew A. Beveridge, et al, Subcontract of National Science Foundation Infrastructure Grant through University of Minnesota, Organize Historical City Based Data, 2001-2006, $194,000.

"Using Socio-Economic Characteristics of Residents of Student Neighborhoods as a Proxy for Socio-Economic Characteristics of Students: An Assessment Using ECLS-K."  National Center for Education Statistic through Educational and Statistical Services Institute, 2004-2005, $57,958.

"Adding Census 2000 Data and Geographic Location to the ECLS-K Data Set."  Andrew A. Beveridge and Sophia Catsambis, National Center for Education Statistic through Educational and Statistical Services Institute, 2002-2003, $59,335.

"Visualizing and Exploring United States Urban and Rural Social Change, 1790-2000: Interactive Multimedia and Web Based Tools.". Andrew A. Beveridge and David Halle, National Science Foundation, Division of Undergraduate Education, Educational Materials Development, 2001-2004, $418,000.

"Evaluation of Fighting Back." Leonard Saxe, Charles Kadushin, Andrew A. Beveridge, Robert Wood Johnson Foundation, 1994-2002, $370,000.

"Development of a Map and Demographic Data Server," CUNY Software Institute, 2001, $8,000.

"Redistricting and Minority Voting Rights in Metropolitan New York." Randolph McLaughlin and Andrew A. Beveridge, 2000-2001, Pace Law School $90,000 total; Andrew A. Beveridge $60,000.

"Mapping and Exploring New York City Change, 1905-2000: A Set of Interactive Web Based Tools." National Science Foundation, 1999-2000, $78,960.

"A Laboratory for Integrating Multimedia and World Wide Web Technology Into Sociological Instruction."  Samuel Heilman, Robert Kapsis, Max Kilger, Dean B. Savage and Andrew A. Beveridge, National Science Foundation, 1996-1998, $47,846.

"A Shared Computer Work Station and Storage System for Social Science Research."  National Science Foundation, 1996-1997, $20,964.

"The Battle for Yonkers and the Dilemma of Desegregation."  Presidential Research Award, 1993-1994, One Term Release.

"Why Do Neighborhoods Change or Stay the Same?"  Ford Foundation, Diversity Initiative Grant. 1993, Course Release and Student Stipends.

"Separate American Dreams Face the Common American Dilemma: The Battle to Segregate Yonkers, New York, 1940-1990."  Profession Staff Congress, Research Award Program, 1992-1994, $6,800.

"Using the Census for Social Mapping Across the Sociology Curriculum."  President's Mini-Grant for Innovative Teaching, 1992-1993, $3,500.

"Modeling the Results of Union Elections by Developing Standard and Hierarchical Logistical Models." Diane Poland, Andrew A. Beveridge, and Wing-Shing Chan, Probe Program for Grand Challenges in the Social Sciences, National Center for Supercomputing Activities, 1992-1994, Super-Computer Time at National Center.

"The Introductory Sociology Curriculum Initiative: An Empirical, Scientific Approach." Andrew A. Beveridge, Joanne Miller, Lauren H. Seiler and Dean B. Savage, National Science Foundation, Undergraduate Course and Curriculum Program, 1992-1995, $160,000.

"A Computer Laboratory for Quantitative and Scientific Reasoning in Sociology." Andrew A. Beveridge, Joanne Miller, Dean Savage and Lauren H. Seiler, National Science Foundation, Instructional Instrumentation and Laboratory Program, 1991-1994, $50,825.

"Socially Mapping the New York Area."  Ford Diversity Initiative Grant, 1992, Course Release Time.

"Development of Research Mentorship and Laboratory in Sociology."  CUNY Dean for Research and Academic Affairs, Department Faculty Development Program, 1991-1992, One Course Release Time.

"Integrating Yonkers."  Faculty-In-Residence Award, 1988-1989, One Course Release Time.

"Credit Allocation and Community Change."  Professional Staff Congress CUNY, Faculty Fellowship, 1987, $6,200.

"Credit Allocation and Community Change."  Professional Staff Congress CUNY, Research Award Program, 1986-1988, $13,268.

"A Study of Industrial Development of an Agricultural Community Based Upon Financial Records: Keene and Cheshire County, New Hampshire, 1820-1915." Putnam Foundation, 1985-1988, $33,000.

"The Intelligent Work Station in Social Science Research: Development, Evaluation, Instruction and Demonstration." Lauren Seiler and Andrew A. Beveridge, International Business Machines Corporation, Special Study, 1985-1987, $78,000 of hardware and software, $17,000 funding.

"Integrated Software for the Social Research Workstation."  Andrew A. Beveridge and Lauren Seiler, Inter-University Consortium for Educational Computing, 1985-1986, $20,000.

"A Study of the Industrial Development of an Agricultural Community."  National Endowment for the Humanities Grant, Basic Research Program, 1984-1985, $75,000.

"Credit Allocation and Community Change."  Professional Staff Congress CUNY, Research Award, 1984-1985, $6,973.

. "Credit Allocation and Community Change." Professional Staff Congress CUNY, Research Award, 1983-1984, $6,928.

Andrew A. Beveridge and Phoebus J. Dhrymes, "Longitudinal Transformation and Analysis of the Annual Housing Surveys."  Department of Housing and Urban Development, 1980-1982, $248,000.

"Credit and Social Change: Cheshire County and Its Provident Institution, 1832-1915."  American Council of Learned Societies, Fellowship, 1978-1979 $13,500.

"The Context of Credit in Wilmington, Delaware, 1800-1870."  Regional Economic History Research Center, Eleutherian Mills Hagley Foundation, Grant and Fellow, 1978-1979, $12,000.

"Societal Effects of Credit Allocation."  National Science Foundation Sociology Program Research Grant, 1976-1978, $81,781.

**GRANTS AND AWARDS (CONTINUED)**                    **12**

"Social Structure, Social Change and Credit Allocation: A Case Study."  National Endowment for the Humanities Summer Stipend, 1976, $2,000.

"Social Structure, Social Change and Credit Allocation: A Case Study."  American Philosophical Society, Grant, 1976, $750.

"African Businessmen in Zambia: Economic, Social and Governmental Impact."  Foreign Area Fellowship Program Fellowship, 1970-1971, $11,400.

Pre-Doctoral Research Grant.  National Institute of Mental Health, 1969-1972, Stipend and Tuition.


## OTHER SOCIOLOGICAL RESEARCH ACTIVITIES


**Selected Analyses Appearing in *New York Times* and Elsewhere**

(Since 1992, Professor Beveridge or Queens College Sociology has been cited over one thousand times in the New York Times, and materials have been syndicated or appeared elsewhere. Other media appearances include NPR, WCBS, WABC, WNBC, WNYW, CUNY-TV, CBS Radio, AP, and many others.)

"Racial Patterns Are Found in Recent School Budget Elections." *The New York Times*, August 25, 2010, Pg. A19.  By Sam Roberts.

"A Slice of Queens Where People Who Arrived in 1977 Are Newcomers."  *The New York Times,* January 8, 201, Pg. A15.  By Joseph Berger

"As With the Kennedys, the Large, Boisterous Irish Family Is Fading Into History." *The New York Times*, August 29, 2009 Pg. A12. By Michael Wilson.

"In New York, Black and Hispanic Strongholds Become More White." *The New York Times*, December 15, 2010; Pg. A17, By Sam Roberts.  (Maps Pg. A17)

"Immigrants Make Paths To Suburbia, Not Cities." *The New York Times*, December 15, 2010 Pg. A15.  By Sabrina Tavernise and Robert Gebeloff.  (Maps Pg. A1, A16)

"Economic Boom in Washington Leaves Gaping Income Disparities *" The New York Times*, December 18, 2010, Pg. A11.  By Sabrina Tavernise and Robert Gebeloff; Sabrina Tavernise .

"New York's House Delegation to Lose One or Two Seats." *The New York Times*, December 2, 2010, Pg. A28.  By Sam Roberts.

"Census Confirms a Much Smaller New Orleans." *The New York Times*, February 4, 2011, Pg. A11.  By Campbell Robertson.

"Black? White? Asian? More Young Americans Choose All of the Above." *The New York Times*, January 30, 2011, Pg. A1.   By Susan Saulny.

"Whites Again a Majority Of Manhattan's Population." *The New York Times*, July 5, 2010.  By Sam Roberts.

"Facing a Financial Pinch, and Moving Back Home." *The New York Times*, March 22, 2010; Pg. A20.  By Sam Roberts

"Detroit Census Figures Confirm A Grim Desertion Like No Other." *The New York Times*, March 23, 2011 Wednesday, Pg. A1.  By Katharine Q. Seelye.

"Non-Hispanic Whites Are Now a Minority in the 23-County New York Region." *The New York Times*, March 28, 2011, Pg. A19.  By Sam Roberts.

"Cougars Aren't Mythical." *The New York Times*, October 15, 2009, Pg. C1.  By Sarah Kershaw.

"Five-Year-Olds at the Gate: Why are Manhattan's elementary schools turning away kindergartners? How the Bloomberg administration missed the baby boom it helped create" New York Magazine, June 1, 2009. By Jeff Coplon.

**STUDIES CONNECTED WITH LEGAL CASES**

**Legislative Districting and Redistricting (Including Plans for Jurisdictions and for Community Groups)**

Center for Law and Social Justice, Medgar Evers College. *Favors v. Cuomo, et al.,* U.S. District Court for the Eastern District of NY (Hearing Testimony, 2012);

Frederick Brewington and Randolph McClaughlin, *Melvin Boone, et. al., vs. Nassau County Board of Legislators, et. al.* U.S. District Court for the Eastern District of New York.  Produced report and plan and testified in trial regarding redistricting of Nassau County Legislature. 2011--

Westchester County Board of Legislators, Plan for Redistricting Westchester County, Adopted May 17, 2011.

City of New Rochelle.  Plan for Redistricting City Council Districts.  Adopted May 10, 2011.

United States Department of Justice.  *United States v. Port Chester.*  U.S. District Court for the Southern District of New York.  Investigation, Voting Analysis, Analysis of Potential Plans, Reports and Declarations, Testimony, 2002-2009.

Emery, Celli, Curti, Brinkerhoff and Abadi.  *Rodriguez v. Pataki.*  U.S. District Court for the Southern District of New York.  Reports, affidavits, deposition testimony and trial testimony related to claims about the State Senate Redistricting Plan in New York State, 2002-2004.

Randolph McClaughlin, Esq.  *New Rochelle Voter Rights Committee, et al vs. New Rochelle, et al.* U.S. District Court for the Southern District of New York.  Plaintiff's redistricting plan, affirmation, report, trial testimony, negotiated redistricting plan, settlement hearing testimony, 2003-2005.

Frederick Brewington, Esq., *Montano v. Suffolk County Board of Legislators.*  U.S. District Court for the Eastern District of New York.  Produced report and plan and testified in trial regarding proposed redistricting of Suffolk County Legislature.  Cited in District Court Opinion, 2003.

City of Yonkers.  Plan for the Redistricting the City Council.  Adopted June 24, 2003.

Center for Constitutional Rights and Social Justice Center, Pace University Law School.  *Goosby v. Town Board of Hempstead.*  U.S. District Court for the Eastern District of New York.  Designed and presented plaintiff's plan for districting the Town of Hempstead, a community of 720,000.  Created single member district plan using census data and boundary files.  Submitted plan including maps and data and testified at trial.  Court ordered plan; affirmed by 2nd Circuit; Supreme Court denied certiorari.  Plan and testimony cited in District Court and 2nd Circuit opinions.  1995-1997.

Connecticut Civil Liberties Union. *Coalition for Fair Representation, et al. v. City of Bridgeport, et al.* U.S. District Court for the District of Connecticut.  Analysis of segregation patterns in Bridgeport Connecticut.  Affidavit and maps filed.  Cited in 2nd Circuit Decision.  1993-1994.

Berger, Poppe, Janiec.  *Diaz, et al. v. City of Yonkers.*  U.S. District Court for the Southern District of New York.  Prepared redistricting plan for the Yonkers City Council, met with plaintiffs and defendants and in court.  Plan accepted by City Council and District Court.  1992-1993.

**Housing Discrimination, Affirmative Steering, Rent Stabilization and Affordability, etc.**

Foley and Lardner and U.S. Department of Justice.  *MSP Real Estate, Inc., et al., v. City of New Berlin, et al.,* and *United States v. City of New Berlin,* U.S. District Court for the Eastern District of Wisconsin; (Report, 2011)

Foley and Lardner.  *Bear Development LLC v. City of Kenosha and Redevelopment Authority of the City of Kenosha,* U.S. District Court for the Eastern District of Wisconsin (Report and Deposition Testimony, 2011)

Hofstra University, School of Law, Law Clinic.  *Isidoro Rivera, et. al. v. Incorporated Village of Farmingdale, et. al.*  U.S. District Court for the Eastern District of New York.  Report.  2009-pres.

Skadden, Arps, Slate, Meagher & Flom.  *Fair Housing in Huntington Committee, et. al. v. Town of Huntington, New York, et. al.*  U.S. District Court for the Eastern District of New York.  Report and Rebuttal Report.  2010.

South Brooklyn Legal Services.  *Barkley v. United Homes LLC. et al.,* U.S. District Court for the Eastern District of New York, Report, Deposition and Trial Testimony.  2009-2011.

Relman and Dane.  *Anti-discrimination Center of Metropolitan New York v. County of Westchester, et al.* U.S. District Court for the Southern District of New York.  Report, Rebuttal Report and Deposition Testimony, 2008-2009.

Sullivan & Cromwell.  *Vargas, et. al. v. Town of Smithtown.*  U.S. District Court for the Eastern District of Long Island.  Report.  2008.

Southern New Jersey Legal Services.  *Mount Holly Gardens Citizens in Action, Inc., et al v. Township of Mt. Holly, et al.*  U.S. District Court for the District of New Jersey.  Declaration, 2008 and 2010.

The Advancement Project.  *Anderson, et al. v. Jackson, et al.*  U.S. District Court for the Eastern District of Louisiana.  Report and Deposition re: Public Housing Demolition in New Orleans, 2007.

Three Rivers Legal Services and Southern Legal.  *Helene Henry, et al v. National Housing Partnership.*  U.S. District Court for the Northern District of Florida, Gainesville, Division.  Three reports and deposition Testimony.  2007-2008.

Legal Services of Southern New Jersey. *Bergen Lanning Residents in Action ,et al. vs. Melvin R. "Randy" Primus, et al.*  Superior Court of New Jersey, Law Division, Camden County Report re: Bergen Square Redevelopment in Camden, NJ.  2005.

Legal Services of Southern New Jersey.  *Cramer Hill Residents Association, et al. vs. Melvin R "Randy" Primus, et al.*  Superior Court of New Jersey, Law Division, Camden County.  Report re: Cramer Hill Redevelopment in Camden, NJ.  2005.

Legal Services of Southern New Jersey. Citizens In Action ,et al. vs. Township of Mount Holly, et al.  Superior Court of New Jersey, Law Division, Burlington County.  Report and Certification re: Redevelopment of the Gardens in Mount  Holly.  2005.

Legal Services of Southern New Jersey. *Hispanic Alliance, et al. vs. City of Ventnor, et al.* Superior Court of New Jersey, Law Division, Atlantic County Report and Testimony re: Ventnor Redevelopment.  2005.

Legal Services of New Jersey. *Connie Forest, et al vs. Mel Martinez, et al.* Superior Court of New Jersey, Law Division, Essex County.  Report re: Brick Towers Demolition in Newark. 2003-2006.

Legal Services of Southern Florida*, Reese v. Miami-Dade County Housing Authority*, Analysis of Relocation of Public Housing Tenants. U.S. District Court for the Southern District of Florida.  Report and Testimony at Trial.  Cited in District Court Opinion.  2001-2003, and 2009.

City of Long Beach, *Walton v. City of Long Beach.*  Analyzed the vacancy rate in the City of Long Beach for 1992 through 2000.  Filed affidavits in state and federal court.  Testified in proceedings.  Carried out various studies related to vacancy rate.  1997-2000.

Arnold and Porter.  *Witt, et al. v. New York State Board of Elections.*  Analyzed those who have two or more domiciles where they regularly reside for case involving voting in more than one local election.  2000—2002

Coral Ortenberg Zeck and Condispoti.  *Village of Spring Valley v. Town of Clarkstown.*  Analyzed the affordability of housing in Rockland County New York for a case involving the annexation of a parcel to build such housing.  Testified at trial.  2000.

United States Justice Department, Civil Rights Division.  *United States vs. Tunica Mississippi School District.*  Analyzed proposal to build a new school near the Casino development in Tunica Mississippi, which was desegregated by order in 1971.  Case settled.  1999-2000.

New York City Environmental Justice Alliance.  *New York City Environmental Justice Alliance, et al. v, Rudolph W. Giuliani, et al.*  Filed an affidavit that analyzed the racial and Hispanic distribution of the various community gardens for sale and not-for-sale in New York City in 1999.  Case settled.  Cited in the 2nd Circuit opinion.

Connecticut Civil Liberties Union, Center for Children's Advocacy, NAACP Legal Defense Fund, and the Puerto Rican Legal Defense and Educational Fund.  *Sheff v. O'Neil.*  Analyzed the

changing patterns of school enrollments in the Hartford area for this landmark case.  Supplied a series of exhibits used by plaintiffs.  1998.

Connecticut Civil Liberties Union and National Association for the Advancement of Colored People.  *NAACP v. Milford.*  Analyzed historical housing and segregation patterns in the Milford region, and provided disparate impact analysis for not providing low-income housing as agreed.  Case settled.  1997-1998.

Connecticut Civil Liberties Union and Puerto Rican Legal Defense Fund.  *Pitts v. Hartford.*  Analyzed placement of low-income public housing tenants in wake of destruction of public housing.  Case settled.  1997.

American Civil Liberties Foundation of Maryland.  *Carmen Thompson, et al. vs. U.S. Department of Housing and Urban Development, et al.*  Analysis of various proposed plans for the relocation of public housing tenants throughout the Baltimore metropolitan area.  Created a series of maps and analyses.  Prepared trial testimony.  Consent Decree Entered, April 1996.

Gurian and Bixon; Davis, Polk and Wardwell.  Open Housing Center, Inc. vs. Kings Highway Realty, a Division of Provenz Realty Corp.; Provenz Realty Corp; Diane Provenz; Evelyn Cannon; and Barbara Noonan.  Analyzed real estate "tester" data and apartments that various clients were shown.  Imputed racial status of clients by using GIS techniques.  Prepared affidavit.  Cited in judge's opinion denying summary judgment.  1994-1996.

Westchester Legal Services and Sullivan and Cromwell.  Carol Giddins, et al. v. U.S. Department of Housing and Urban Development, et al.  Analyzed various proposed plans to end racial steering of Section 8 tenants to South West Yonkers.  Maps and analyses incorporated into consent decree, and still in use in placing tenants.  1992-1994 and continuing.

Metropolitan Action Institute. Analysis of Housing Segregation Patterns in Yonkers, New York and Starrett City, Brooklyn, 1983-1984.  (Materials Used for Testimony of Paul Davidoff.)

**Federal Court Jury System Challenges**

Andrea Hirsch, *Martinez v. Kelly.*  U.S. Appeals Court for the Second Circuit.  Analyzed effects of peremptory challenges for *habeas corpus* petition.  2006-2007.

Stern Shapiro Weissberg & Garin. *United States v. Darryl Green, et al.* U.S. District Court for the Eastern District of Massachusetts.  Analyzed jury selection system for using Census data, local lists and other materials.  Filed 7 declarations and testified twice.  2004-2006.

Federal Public Defender, Eastern District of LA, New Orleans, LA.  *United States v. Torres.*  Analyzed jury selection system for the Eastern District of Louisiana based upon Census Data and Estimates, as well as filings in the Eastern District.  Declaration filed.  2006.

Federal Public Defender, Eastern District of LA, New Orleans, LA.  *United States v. Caldwell.*  Analyzed jury selection system for the Eastern District of Louisiana based upon Census Data and Estimates, as well as filings in the Eastern District.  Declaration filed.  2006.

Federal Public Defender, Western District of PA, Pittsburgh.  *United States v.Lawrence Skiba.*  Analyzed jury selection system for the Pittsburgh Division of the Western District of Pennsylvania based upon Census Data and Estimates, as well as filings in the Western District.  Affidavit filed.  2004.

Federal Public Defender, Western District of PA, Pittsburgh.  *United States v. Minerd.*  Analyzed jury selection system for the Pittsburgh Division of the Western District of Pennsylvania based upon Census Data and Estimates, as well as filings in the Western District.  Affidavit filed.  2002.

Federal Public Defender, Western District of PA, Erie, PA.  *United States v. Rudolph Weaver.*  Analyzed jury selection system for the Pittsburgh Division of the Western District of Pennsylvania based upon Census Data and Estimates, as well as jury lists and voting.  Affidavit Submitted 2001.

Newman Schwartz and Greenberg.  *United States v. Albert J. Pirro, Jr.*  Filed affidavit that analyzed representation in master jury wheel for White Plains and Foley Square Court Houses in the Southern District using census data with respect to the dilution of Italian Americans likely to be on a jury, if venue changed from White Plains to Foley Square.  Venue change motion was denied.  2000.

**STUDIES CONNECTED WITH LEGAL CASES (Continued)**          16

Polstein, Ferrara, Dwyer and Speed and Stephen P. Scaring. *United States v. Dennis McCall, Trevor Johnson.* Analyzed representation in master jury wheel for White Plains Court House in the Southern District. Filed affidavit, which was cited in judge's opinion. 1998.

Curtis, Mallet-Prevost, Colt and Mosle, *United States v. Don King and Don King Productions.* Analyzed representation in master jury wheel for New York City Courthouse in the Southern District. Affidavit and Consulting. 1997-1998.

Dominick Porco. *United States v. Kevin Veale.* Analyzed representation in master jury wheel for White Plains Court House in the Southern District. Filed affidavit. 1997.

Diarmuid White, *United States v. Jose Reyes, et al.* Analyzed representation in master jury wheel for New York City Courthouse in the Southern District. Report and testimony in case cited in the judge's opinion. 1996.

**State Court Jury System Challenges**

Fitch Richardson, *Commonwealth of Virginia v. Prieto.* Fairfax County Virginia Circuit Court. Affidavit and Trial Testimony, 2010.

Capital Defenders Office, Atlanta GA. *State of Georgia vs. Jason McGhee.* Forsyth County Georgia State Court. Trial Testimony, 2010.

Public Defenders Office and Joseph Flood, *Commonwealth of Virginia v. Sanchez.* Prince William County Virginia Circuit Court. Analyzed Jury Selection in Prince William County, VA. Affidavit, 2008.

Ferrell Law, *Commonwealth of Virginia v. Ajlan.* Prince William County Virginia Circuit Court. Analyzed Jury Selection in Prince William County, VA. Affidavit, 2008.

New Hampshire Public Defender, *New Hampshire v. Addison.* Hillsborough County, New Hampshire, North Division, Superior Court. Declaration, Deposition and Testimony, 2008.

Public Defenders Office, *Commonwealth of Virginia vs. Portilla-Chicas.* Stafford County Virginia Circuit Court. Analyzed Jury Selection in Stafford County, VA. Affidavit, 2006.

Virginia Indigent Defense Commission, *Commonwealth of Virginia vs. Rogers.* Stafford County Virginia Circuit Court. Analyzed Jury Selection in Stafford County, VA. Report and Testimony, 2006.

Criminal Legal Clinic of Syracuse University Law School, *People v. Tyisha Taylor.* Syracuse City Court. Analyzed Jury Selection System for Syracuse and Onondaga County, New York. Testimony, 2005.

Capital Defenders Office, *New York State v. Sweat.* Analyzed representation in jury selection in Broome County, New York. Two affidavits filed, one relating to factors likely to lead to underrepresentation of African Americans in Jury Pool, another related to the operation of the allocation of jurors among courts in Broome County. (Capital Murder Case.) 2003

Michael J. Spiegel, *New York State v. Dennis Salvador Alvarez-Hernandez,* Analyzed representation in jury selection in Westchester County, New York. Analysis based upon census data and estimates, and an emulation of the reported jury selection process using voter lists and other sources. Filed affidavit reporting results. (Capital murder case.) 2001--.2003

Capital Defenders Office, *New York State v. Taylor.* Analyzed representation in jury selection in Queens County, New York. Analysis based upon census data and estimates, and an emulation of the reported jury selection process using voter lists and other sources. Filed affidavit reporting results; testified at hearing. Produced demographic analyses by town to assist in jury selection. Testified in 2002. (Capital murder case.) 2000-2002

Mann and Mitchell, *State of Rhode Island vs. David Tremblay.* Analyzed representation in jury selection in Bristol and Providence Counties, Rhode Island. Affidavit filed that includes an analysis of the geographic, racial, and Hispanic representation of jurors in counties in Rhode Island and includes an estimate of the disparities by race and Hispanic status. 1999-2001.

Capital Defenders Office, *New York State v. McCoy.* Analyzed representation in jury selection in Suffolk County, New York. Analysis was based upon census data and estimates, and an

emulation of the reported jury selection process using voter lists and other sources.  Filed affidavit reporting results.  Produced demographic analyses by town to assist in jury selection.  (Capital murder case.)  1997-1998.

Reynolds, Caronia and Gianelli.  *New York State v. Robert Shulman.*  Analyzed representation in jury selection in Suffolk County, New York.  Analysis was based upon census data and estimates, and an emulation of the reported jury selection process using voter lists and other sources.  Filed affidavit reporting results.  (Capital murder case.).  1997.  Opinion reproduced in New York *Law Journal.*

Capital Defenders Office, *New York State v. Gordon.*  Analyzed representation in jury selection in Queens County, New York.  Analysis was based upon census data and estimates, and an emulation of the reported jury selection process using voter lists and other sources.  Filed affidavit reporting results.  (Capital murder case.)  1997.  Opinion reported on and reproduced in New York *Law Journal.*

Capital Defenders Office, *New York State v. Sam Chinn, III.*  Analyzed representation in jury selection in Onondaga County.  Affidavit filed that presented an analysis of the geographic, racial, and Hispanic representation of jurors.  It includes an estimate of the disparities by race and Hispanic status.  Plea bargain offered and accepted.  Discussed at presentation at the New York State Defenders Association, Glen Falls, NY.  (Capital murder case.) 1997.

Capital Defenders Office, *New York State v. George Bell*  Analyzed representation in jury selection in Queens County, New York.  Analysis was based upon census data and estimates, and an emulation of the reported jury selection process using voter lists and other sources.  Filed affidavit reporting results.  (Capital murder case.) 1996-1997.

Capital Defenders Office, *New York State v. Hale.*  Analyzed representation in jury selection in Kings County, New York.  Analysis was based upon census data and estimates, and an emulation of the reported jury selection process using voter lists and other sources.  Filed affidavit reporting results.  (Capital murder case.)  1996-1997.

**Employment Discrimination**

Shneyer and Shen.  *Grimston vs. Marsh and McLanahan.*  Analyzed employment patterns based upon Census data and defendant records.  Filed expert report and testified in deposition.  Case Settled.  1998-2000.

Shneyer and Shen.  *Maglasang vs. Beth Israel Medical Center.*  Analyzed employment patterns based upon Census data and defendant records.  Filed expert report and testified in deposition.  Case Settled.  1999-2000.

Shneyer and Shen.  *Williams vs. Safesites, Inc.*  Analyzed employment patterns based upon Census data and defendant records.  Filed expert report.  1998.

Shneyer and Shen.  *Lachica vs. Emergency Medical Services.*  Analyzed employment patterns based upon Census data and defendant records.  Case Settled.  Filed expert report.  Case Settled.  1996-1997.

**Other**

Dewey & LeBoeuf and Latino Justice (PRLDEF).  *Adriana Aguilar, et. al., v. Immigration and Customs Enforcement, Division of the United States Department of Homeland Security, et. al.*  U.S. District Court for the Southern District of New York.  Report, Rebuttal Report and Deposition Testimony, 2010-pres.

Debevoise & Plimpton; *Five Borough Bicycle Club, et al v. City of New York, et al.*  U.S. District Court for the Southern District of New York.  Summonsing Patterns Regarding Critical Mass Rides in Manhattan.  Report, Deposition and Trial Testimony, 2008-2009

Rabinowitz, Boudin, Standard and Krinsky, *Garrison v. I.R.S.*  U.S. District Court for the District of Columbia.  Filed expert report and testified at trial.  Analysis based upon a survey of a sample of all synagogues in the United States.  1991-1992. .

**OTHER MAJOR STUDIES AND ANALYSES**

Time-Warner Cable of New York.  Analyzed and provided maps with underlying ethnic and racial composition for each of the six cable systems managed by Time-Warner Cable in Manhattan, Queens and Brooklyn, 1998-1999 (Proprietary).

New York *Times.*  Analyzed circulation patterns of the New York *Times* in connection with their launch of the Boston and Washington editions, 1996-1997 (Proprietary).

Newspaper Association of America.  Analysis of Field Experiment of Full-Color Run of the Press Advertisements in Richmond, Virginia, 1992.

Newspaper Advertising Bureau. Analysis of a Panel Study of Change in Newspaper Readership among Young Adults, 1983-1984.

Friends of Vincenza Restiano. Political Consulting, Polling, and Voting Analysis, Computer Based Voter List Organization, 1983, 1985, 1987, and 1991.

Abt Associates, through Center for the Social Sciences, Columbia University.  Transfer of Annual Housing Survey Project to Abt, 1982.

Response Analysis Corporation, Princeton, N.J. Problems in Reliability of Longitudinal Household Surveys. 1982.

**PROFESSIONAL MEMBERSHIPS AND ACTIVITIES**

American Sociological Association: Organizer, sessions on Applied and Evaluation Research, 1998; Organizer, special session on New York Trends, 1996; Organizer, sessions on Economy and Society, 1984; Organizer, sessions on Social Change, 1979.

Eastern Sociological Society: Vice President 1997-1998; Program Committee, 1991-1992; Co-Chair, Computer Committee, 1985-1987; President and Discussant, Women's History Session, 1985;  Member, Computer Committee, 1984-1985; Coordinator, Computer Workshops, 1984 Annual Meeting; Co-Chair, Membership Committee, 1983-1984; Member, Papers Committee, 1983-1986; President, Historical Sociology Session, 1983; Co-Chair, Papers Committee, 1982-1983; Chair, Membership Committee, 1981-1982; Co-Chair, Conference Committee, 1980-1981.

American Association for Public Opinion Research: Program Committee, 1983-84; Nominating Committee, 1985-1986; Task Force Regarding the Use of Survey-based Evidence in Legal Proceedings, 2010.

New York Chapter, American Association for Public Opinion Research, Associate Program, Chair 2006-07; Program Chair, 2007-08.

International Sociological Association, Research Liaison Committee on Economy and Society
American Economic Association
Social Science History Association
Population Association of America

**COURSES TAUGHT**

Graduate: (M.A. and Ph.D.)  Demography; Computer Applications in the Social Sciences; Advanced Social Statistics; The Sociological Study of Economies; Logic of Social Research; Survey Research Methods; Co-Operative Education Field Placement; Demography; Integrated Social Research; Ph.D. Dissertation and M.A. Thesis Supervision.

Undergraduate:  Social Change in the City; Methods of Social Research; Sociology of Economic Life; Third World in Social Change; Social Statistics; Sociological Analysis; New York Area Undergraduate Research Program (at Columbia):  Housing Crisis in New York City , Equity of the Criminal Justice System, Implementation of No-Fault in New York.

**UNIVERSITY, COLLEGE AND DEPARTMENTAL ACTIVITIES**

CUNY Research Foundation, Faculty Advisory Committee, 2006-pres.; Board of Directors, 2006-pres.
CUNY Professional Staff Congress, Legislative Committee, 2000-2001; CUNY, University Committee on Research Awards, 1988-1991; CUNY, University Computer Policy Committee, 1986-1987;

**CIVIC AND COMMUNITY ACTIVITES  (Continued)      19**

CUNY/PSC Sociology Research Award Panel, 1986-1987; Graduate Center Sociology Program, Chair, Search Committee, 1989-1990;  Methods Subcommittee, 1986-1987; Computers Committee, 1987-1990.

Queens College, Committee on Fellowship Leave, 1990-1991; Queens College, Committee on Research and Sponsored Programs, 1982-1986; Ad Hoc Computer Committee, Division of Social Sciences, 1982-1986, 1994-1996, 1998-pres.; Official Representative to the Inter-University Consortium for Political and Social Research (ICPSR), 1983--; Workload Committee, 2007-09; Executive Committee of College Personnel and Budget Committee, 2006-2011

Queens College, Department of Sociology, Chair 2006-11 ;Computer Committee, 1981-pres. (Chair most years); Queens College, Departmental M.A. Program Committee, 1981-2011 (Director and Chair, 1982-1987, 2001-2003, 2004-2006).

**CIVIC AND COMMUNITY ACTIVITIES**

Yonkers Board of Education, Trustee 1986-1990. President, 1988-1989.  Chair, Policy Committee, 1989-1990; Chair, Spelling Bee Committee, 1986-1988.

Yonkers Democratic Party, Second Vice-Chair and District Leader, 1991-1992; District Leader, 1995-2002

Council of Large City School Districts, 1986-1991.  Executive Committee, 1990-1991; Committee on School Choice, 1991; Lobbying Committee, 1989-1990.

New York State School Boards Association, Member Federal Relations Network, 1989-1990.

Longvale Homeowners Association, Board of Directors, 1983-1985.  President 1985.

Yonkers Private Industry Council, 1988-1990.  Chair, Program and Planning Committee, 1989-1990.

Founding Member and Vice-President, Citizens and Neighbors Organized to Protect Yonkers (CANOPY), 1987-1992.

Volunteer, Friends of Nicholas Wasicsko, 1989 and 1991.

Volunteer, Friends of Vincenza Restiano, 1983, 1985, 1987, and 1991.

Volunteer, Friends of Terence Zaleski, 1991.

# Exhibit 2. Composition of Proposed and Adopted Assembly Districts

| District | Population Adjusted | Deviation | % Deviation | Voting Age Population (VAP) Adjusted | NH White VAP DOJ | % NH White VAP DOJ | Hispanic VAP | % Hispanic VAP | NH Black VAP DOJ | % NH Black VAP DOJ |
|---|---|---|---|---|---|---|---|---|---|---|
| **Assembly Plan** | | | | | | | | | | |
| **Adopted** | | | | | | | | | | |
| 013 | 128,930 | -159 | -0.12% | 98,318 | 65,016 | 66.13% | 15,065 | 15.32% | 8,326 | 8.47% |
| 015 | 128,928 | -161 | -0.12% | 100,601 | 75,026 | 74.58% | 10,015 | 9.96% | 2,369 | 2.35% |
| 018 | 128,932 | -157 | -0.12% | 96,512 | 12,111 | 12.55% | 34,778 | 36.03% | 46,365 | 48.04% |
| 021 | 128,929 | -160 | -0.12% | 99,512 | 69,324 | 69.66% | 15,136 | 15.21% | 10,484 | 10.54% |
| 022 | 128,930 | -159 | -0.12% | 99,055 | 46,456 | 46.90% | 16,318 | 16.47% | 23,489 | 23.71% |
| **Propoosed** | | | | | | | | | | |
| LD18A | 122,832 | -6,257 | -4.85% | 93,424 | 19,701 | 21.09% | 32,799 | 35.11% | 50,891 | 54.47% |
| LD18B | 128,910 | -179 | -0.14% | 97,728 | 22,612 | 23.14% | 26,748 | 27.37% | 57,596 | 58.94% |

| | NH Black DOJ and Hispanic VAP | % NH Black DOJ and Hispanic VAP | Citizen of Voting Age Population (CVAP) | NH White CVAP | % NH White CVAP | Hispanic CVAP | % Hispanic CVAP | NH Black CVAP New DOJ | % NH Black CVAP New DOJ | NH Black DOJ and Hispanic CVAP | % NH Black DOJ and Hispanic CVAP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assembly Plan** | | | | | | | | | | | |
| **Adopted** | | | | | | | | | | | |
| 013 | 23,391 | 23.79% | 83,921 | 64,975 | 77.42% | 5,232 | 6.23% | 7,121 | 8.48% | 12,352 | 14.72% |
| 015 | 12,384 | 12.31% | 90,717 | 73,981 | 81.55% | 6,212 | 6.85% | 1,832 | 2.02% | 8,045 | 8.87% |
| 018 | 81,143 | 84.08% | 68,550 | 12,171 | 17.76% | 12,953 | 18.90% | 41,710 | 60.85% | 54,663 | 79.74% |
| 021 | 25,620 | 25.75% | 91,748 | 68,767 | 74.95% | 10,818 | 11.79% | 8,638 | 9.41% | 19,456 | 21.21% |
| 022 | 39,807 | 40.19% | 86,095 | 46,537 | 54.05% | 10,938 | 12.70% | 19,824 | 23.03% | 30,762 | 35.73% |
| **Propoosed** | | | | | | | | | | | |
| LD18A | 83,690 | 89.58% | 69,417 | 18,195 | 26.21% | 13,247 | 19.08% | 35,272 | 50.81% | 48,519 | 69.89% |
| LD18B | 84,344 | 86.30% | 75,448 | 19,896 | 26.37% | 11,642 | 15.43% | 38,406 | 50.90% | 50,048 | 66.33% |

**Exhibit 3.  Adopted and Proposed Assembly Districts and Non-Hispanic Black CVAP in Nassau County.**



**Exhibit 4**. Adopted and Proposed Assembly Districts and Non-Hispanic Black and Hispanic CVAP in Nassau County



## Exhibit 5.  Composition of Proposed and Adopted Senate Districts

| Senate Plan | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| District | Population Adjusted | Deviation | % Deviation | Voting Age Population (VAP) Adjusted | NH White VAP DOJ | % NH White VAP DOJ | Hispanic VAP | % Hispanic VAP | NH Black VAP DOJ | % NH Black VAP DOJ |
| **Adopted** | | | | | | | | | | |
| 06 | 315,163 | 7,807 | 2.54% | 243,099 | 152,036 | 62.54% | 40,160 | 16.52% | 35,715 | 14.69% |
| 07 | 315,163 | 7,807 | 2.54% | 242,352 | 155,864 | 64.31% | 31,082 | 12.83% | 18,011 | 7.43% |
| 08 | 315,163 | 7,807 | 2.54% | 239,711 | 156,907 | 65.46% | 38,033 | 15.87% | 36,221 | 15.11% |
| 09 | 315,164 | 7,808 | 2.54% | 242,783 | 168,823 | 69.54% | 31,655 | 13.04% | 26,248 | 10.81% |
| **Proposed** | | | | | | | | | | |
| 08 | 315,163 | 2,850 | 0.91% | 240,330 | 71,173 | 29.61% | 67,627 | 28.14% | 84,225 | 35.05% |

| Senate Plan | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| District | NH Black DOJ and Hispanic VAP | % NH Black DOJ and Hispanic VAP | Citizen of Voting Age Population (CVAP) | NH White CVAP | % NH White CVAP | Hispanic CVAP | % Hispanic CVAP | NH Black CVAP New DOJ | % NH Black CVAP New DOJ | NH Black DOJ and Hispanic CVAP | % NH Black DOJ and Hispanic CVAP |
| **Adopted** | | | | | | | | | | |
| 06 | 75,875 | 31.21% | 213,309 | 150,798 | 70.69% | 20,615 | 9.66% | 32,379 | 15.18% | 52,994 | 24.84% |
| 07 | 49,093 | 20.26% | 210,145 | 153,405 | 73.00% | 17,470 | 8.31% | 15,453 | 7.35% | 32,923 | 15.67% |
| 08 | 74,254 | 30.98% | 212,524 | 152,152 | 71.59% | 21,279 | 10.01% | 33,091 | 15.57% | 54,370 | 25.58% |
| 09 | 57,903 | 23.85% | 221,640 | 167,036 | 75.36% | 20,702 | 9.34% | 22,259 | 10.04% | 42,960 | 19.38% |
| **Proposed** | | | | | | | | | | |
| 08 | 151,852 | 63.18% | 189,021 | 69,979 | 37.02% | 31,350 | 16.59% | 75,634 | 40.01% | 106,984 | 56.60% |

**Exhibit 6**. Adopted and Proposed Senate Districts and Non-Hispanic Black CVAP in Nassau County.



**Exhibit 7**. **Adopted and Proposed Assembly Districts and Non-Hispanic Black and Hispanic CVAP in Nassau County.**

