UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARK A. FAVORS, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  1:11-cv-05632-DLI-RR-GEL |
| | ) ) | |
| ANDREW M. CUOMO, et al. | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF TODD R. GEREMIA IN SUPPORT
OF SENATE MAJORITY DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT ON SECTION 2 CLAIMS**

Todd R. Geremia declares pursuant to 28 U.S.C. § 1746:

1.     I am a partner at Jones Day, which represents the Senate Majority—New York State Senators Dean G. Skelos and Michael F. Nozzolio, and LATFOR member Welquis R. Lopez—in the above-captioned action.  I submit this declaration in support of the Senate Majority Defendants' Motion for Summary Judgment on Section 2 Claims.

2.     Attached hereto as Exhibit A are true and correct copies of the *Rodriguez* Plan's and Breitbart Plan's Proposed District 8 Maps, prepared by LATFOR staff.

3.     Attached hereto as Exhibit B are true and correct copies of the *Rodriguez* Plan's and Breitbart Plan's Proposed District 8 Maps With Racial Data, prepared by LATFOR staff.

4.     Attached hereto as Exhibit C are true and correct copies of excerpts from U.S. Census Bureau, A Compass for Understanding and Using American Community Survey Data (October 2008), *available at* http://www.census.gov/acs/www/Downloads/handbooks/ ACSGeneralHandbook.pdf.

5. Attached hereto as Exhibit D is a true and correct copy of a list of the districts located in Bronx County in the Benchmark Plan, the Senate Plan, the Breitbart Plan, the 63-seat Common Cause Plan, and the Unity Plan, along with the percentage of voting-age population and total population of each district that is located in the Bronx, prepared by LATFOR staff.

6. Attached hereto as Exhibit E is a true and correct copy of a chart depicting Bronx and New York City Voting Age Population and Citizen Voting Age Population, prepared by LATFOR staff.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ Todd R. Geremia

Todd R. Geremia

New York, NY
June 29, 2012