UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARX A. FAVORS, HOWARD LEIB, LILLIE
H. GALAM, EDWARD A. MULRAINE,
WARREN SCHREIBER, and WEYMAN A.
CAREY,

        Plaintiffs,

DONNA K. KAYE, EDWIN ELLIS, AIDA
FORREST, GENE A. JOHNSON, JOY WOOLLEY,
SHEILA WRIGHT, LINDA LEE, SHING CHOR
CHUNG, JULIA YANG, JUNG HO HONG, JUAN
RAMOS, NICK CHAVARRIA, GRACIELA
HEYMAN, SANDRA MARTINEZ, EDWIN
ROLDAN, MANOLIN TIRADO, LINDA ROSE,
EVERET THOMPSON-WEREKOH, CARLOTTA
BISHOP, CAROL RINZLER, GEORGE
STAMATIADES, JOSEPHINE RODRIGUEZ,
SCOTT AUSTER, EDWIN
FIGUEROA, and SANTIAGO DIAZ

        Intervenor – Plaintiffs,

    -against-

ANDREW CUOMO, as Governor of the State
Of New York, DEAN G. SKELOS, as Majority
Leader and President Pro Tempore of the Senate
of the State of New York, SHELDON SILVER,
as Speaker of the Assembly of the State of New
York, ANDREA STWEART-COUSINS, as
Minority Leader of the Senate of the State of
New York, BRIAN M. KOLB, as
Minority Leader of the Assembly of the State
Of New York, the NEW YORK LEGISLATIVE
TASK FORCE ON DEMOGRAPHIC RESEARCH
AND REAPPORTIONMENT ("LATFOR"), JOHN
J. McENENY, AS Member of LATFOR, ROMAN
HEDGES, as member of LATFOR, MARTIN
MALAVE DILAN, as Member of LATFOR, as
Member of LATOR, and WELQUIS R. LOPEZ,
As member of LATFOR,

        Defendants.

DECLARATION OF
JOAN P. GIBBS
Docket No. 11-cv-5632
(RR) (GEL) (DLI) (RLM)

-------------------------------------------------------------------X

**JOAN P. GIBBS,** declares under penalty of perjury pursuant to 28 U.S.C. Section 1746:

1.  I am the General Counsel for the Center for Law and Social Justice at Medgar Evers College, of the City University. As the General Counsel for the Center for Law and Social, I am responsible for all CLSJ litigation projects, including the instant case. As such, I am the counsel of record for Plaintiffs - Intervenors Donna Kaye Drayton, Edwin Ellis, Aida Forrest, Gene A. Johnson, Joy Woolley, and Sheila Wright.  This declaration is submitted in support of Plaintiffs-Intervenors motion, pursuant to 42 U.S. C. Section 1988, 42 U.S. C. 1973l (e).

2. I,  Esmeralda Simmons, my co-counsel in this matter, Plaintiffs-Intervenors' expert witnesses,  Zulema Blair, Frank Lewis and Edwin Dei each maintained contemporaneous time records of the time we expended on this case.  As counsel of record for Plaintiffs-Intervenors,  in preparing Plaintiffs-Interevenors' motion papers herein, reviewed every time record, and in the exercise of billing judgment,  reduced or deducted time that, in retrospect, seemed  excessive or duplicative.

## I.  Qualifications of Joan P. Gibbs

3. I **r**eceived my Doctor of Jurisprudence from Rutgers School of Law – Newark in 1985 and was admitted to the bars of New Jersey and New York in 1986. I am also a member of the bars of the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. See Exhibit A attached hereto.

4. I have devoted my entire legal career to the practice of constitutional and civil rights law. Prior to the joining the staff of the Center for Law and Social Justice in 1995, I was a staff attorney at the Center for Constitutional Rights (1987-1995), the American Civil Liberties Union Women's Rights Project (1986 -1987) and the Marvin M. Karpatpkin Fellow in Civil Liberties in the National Office of the ACLU (1985-1986). See Exhibit A.

5. The cases that I have worked on include:

*Little v. LATFOR*: successful defense of New York State law requiring that incarcerated persons be counted at their last known address. (Sup. Ct. Albany County, 2011).

*Hayden v. Paterson*, unsuccessful challenge to New York State's felon disenfranchisement laws. See e.g., Hayden v. Pataki, 594 F. 3d 150 (2nd Cir. 2010).

*Rodriquez v. Pataki*, Voting Rights challenge to NYS Congressional and state legislative districts redistricting that forced the state government to redistrict, as required by law. CLSJ also unsuccessfully sought to create another majority-minority congressional seat in the Bronx and to create a fair NYS Senate plan. 308 F. Supp. 2d. 346 (S.D.N. Y. 2004).

*Sheppard v. Consolidated Edison*, successful class action challenge to Consolidated Edison's promotion policies on the grounds that they discriminated against African Americans in violation of, *inter alia*, Title VII of the Civil Rights Act 0f 1964. See e.g., 2002 U.S. Dist. LEXIS 16314 (E.D. N.Y. 2002).

*People United for Children v. City of New York*, successful class action  challenge to New York City's child welfare policies on the grounds that were enforced in violation of, *inter alia*, the Fourteenth and Fourth  amendments to the Unites States Constitution. See e.g., 108 F. Supp. 275 (S. D.N.Y. 2000).

*Ferguson v. FBI*, partially successful challenge to FBI's refusal to disclose nearly twenty-five year old FBI files pertaining to Herman Ferguson, a New York City Black educator and activist who was targeted by the FBI and NYCP in the 1960s because of his political beliefs and associations and was subsequently convicted of conspiracy charges. See e.g., 866 F. 2d 22 (2nd Cir. 1989).

*In the Matter of Anne Pilsbury*, successful challenge to a federal district court order summarily holding an attorney in criminal contempt for failing to promptly leave the court. 866 F. 2d 22 (2nd Cir. 1989).

6. In 2011, I was appointed by the five New York City Borough Presidents to the New York City Voter Assistance Advisory Committee. See Exhibit A at p 5.  I have also taught Constitutional Litigation at Rutgers School of Law-Newark and taught Women and the Law to

upper level undergraduates at Rutgers University and Hunter College.  I have also received

several awards or honors for legal and advocacy work.  Exhibit A.

7. As counsel of record to the Plaintiffs-Intervenors,  I, *inter alia*, interviewed and drafted

the affidavits for the Plaintiffs-Intervenors in support of their motion to intervene in this matter,

researched and drafted the Motion to Intervene, Proposed Complaint in Intervention, and was

present at all scheduled court appearances and  public hearings. <u>See</u> Exhibit B attached hereto.

8. As indicated on my time records, attached hereto as Exhibit B, I devoted 110 hours to

this matter. Id. Plaintiffs-Intervenors are requesting that I be compensated at a rate of $400.00 an

hour.

**II. Qualifications of Esmeralda Simmons**

9. As more fully detailed on her resume, attached hereto as Exhibit C, Esmeralda

Simmons received her Doctor of Jurisprudence from Brooklyn Law School in 1978 and was

admitted to the bar of New York State in 1978. Ms. Simmons is also a member of the bars of the

United States Supreme Court, the United States District Court for the Eastern District of New

York, and the United States District Court for the Southern District of New York.

10. Ms. Simmons is the Executive Director of the Center for Law and Social Justice

(CLSJ). As such, Ms. Simmons is my direct supervisor, and serves as my counsel in all CLSJ's

litigation, including the instant case.

11. Ms. Simmons has devoted her entire legal career to the practice of constitutional and

civil rights law. Prior to becoming the founding director of the Center for Law and Social Justice

in 1985, Ms. Simmons, was, *inter alia*, the First Deputy Commissioner  for the New York

Division of Human Rights (1983 -1985); an Assistant  Attorney General with the New York

State Department of Law (1982-1983); Regional Civil Rights Attorney in the Office of Civil

Rights of the United States Department of Education, and an Honors Attorney in the employment and civil rights division of the New York City Law Department. Ms. Simmon's was a law clerk for the Honorable Henry Bramwell, United States Judge, United States District Court for the Eastern of New York. Exhibit C.

12. Ms. Simmons has extensive experience in the areas of redistricting advocacy and litigation. The redistricting and other cases that Ms. Simmons has worked on include:

*Hayden v. Paterson:* unsuccessful challenge to New York State's felon disenfranchisement laws. *See e.g., Hayden v. Pataki*, 594 F. 3d 150 (2nd Cir. 2010).

*Sheppard v. Consolidated Edison*, successful class action challenge to Consolidated Edison's promotion policies on the grounds that they discriminated against African Americans in violation of, *inter alia*, Title VII of the Civil Rights Act 0f 1964. See e.g., 2002 U.S. Dist. LEXIS 16314 (E.D. N.Y. 2002).

*Rodriquez v. Pataki:* Voting Rights challenge to NYS Congressional and state legislative districts redistricting that forced the state government to redistrict, as required by law. CLSJ also unsuccessfully sought to create another majority-minority congressional seat in the Bronx and to create a fair NYS Senate plan. 308 F. Supp. 2d. 346 (S.D.N. Y. 2004).

*People United for Children v. City of New Yor*k, successful class action challenge to New York City's child welfare policies on the grounds that were enforced in violation of, *inter alia*, the Fourteenth and Fourth amendments to the Unites States Constitution. See e.g., 108 F. Supp. 275 (S. D.N.Y. 2000).

*Herron v. Koch:* Successful challenge to the holding of 1981 city elections, for NYC's failure to comply with Section 5 pre-clearance provision of the federal Voting Right Act. See e.g., 523 F. Supp. 167 (S.D. N.Y. 1981).

*Flateau v. Anderson*: successful Voting Rights challenge to New York State redistricting plan. 537 F. Supp. 257 (S.D. N. Y. 1982).

*Ashe* v. *Board of Elections:* successful VRA challenge to force the NYC Board of Elections to conduct functional and voter-friendly elections in Black and Latino communities. See e.g., 124 F. R. D. 45 (E. D. N. Y. 1989)

*Chin v. Bd. of Elections:* Argued an appeal that sought to expand Asian language voting rights in New York City. See e.g. 599 N.Y. S. 2d 569 (1st Dept. 1993).

13.  Because of her experience and reputation in the areas of redistricting litigation and advocacy, Ms. Simmons Esmeralda Simmons was appointed as the Vice Chair of the initial New York City Districting Commission (1990-91). Ms. Simmons has also, *inter alia*, served  an appointee of the Mayor to the  former New York City Board of Education (1993 -1994); and was the chair of Board of Trustees for former Community School District 17  (1994-1996). Ms. Simmons is the recipient of numerous awards and honors. Exhibit C.

14. As my supervisor and co-counsel in this matter, Ms. Simmons, *inter alia*, supervised Plaintiffs-Intervenors expert witnessed  reviewed all documents submitted on behalf of Plaintiffs-Intervenors,  and was present at all scheduled court appearances and the public hearings.

15. Ms. Simmons devoted  91. 25  hours to this case. Exhibit D attached hereto. Plaintiffs-Interevnors are requested compensation for Ms. Simmons at hourly rate of $450.

**III . Request for Experts Fees**

16.  Plaintiffs-Intervenors also seek an award of expert fees for their expert  this matter, Frank Lewis, Zulema Blair,  and Edwin Dei.

17**.** As detailed on his resume, Frank Lewis received his Bachelor of Science in Mathematics, Statistics and Operations Research from Yale University in 1976 and has done graduate work in Management Science at the Massachusetts Institute of Technology and in Applied Social Research at Queens College of the City University of New York.  Mr.  Lewis is an Adjunct Instructor at New York University where he has taught courses in Mathematic, Mathematics, Statistics, Economics, Finance and Information Systems for nineteen years. See Exhibit A attached to the Declaration of Frank Lewis, dated December 18.

18. Mr. Lewis has been involved in each redistricting cycle since 1990. Mr. Lewis has worked as a Research Systems Analyst in the Technical System Group of the New York City Districting Commission (190-1991); as a Systems Analyst on the Redistricting Staff of Counsel for the New York State Senate Minority (1991-1992); as a legislative districting consultant for the State Supreme Court, the New York City City Council and Nassau County.  In addition, Mr. Lewis was an expert witness in the *Babylon v. NACCP* and *Rodriquez v. Pataki* cases. See Exhibit A attached to the Declaration of Frank Lewis, dated December 18.

19. As a consultant expert witness for the Plaintiffs-Intervenors, Mr. Lewis, *inter alia*, co-authored of the 2011 Unity Congressional Plan, along with the experts of LatinoJustice/PRLDEF and the Asian American Legal Defense and Education Fund. In particular, Mr. Lewis drew the Black majority-minority districts in the Unity Map. Mr. Lewis also provided background information for Platintiffs-Intervenors original complaint .

20.  Mr. Lewis devoted 74 hours to this case. See Exhibit B attached to the Declaration of Frank Lewis, dated December 18, 2013.  Plaintiffs-Interevnors are requesting that he be compensated at an hourly rate of $150. Accordingly the undersigned request that Mr. Lewis be paid $11,000.

21**.** Ms. Blair and Mr. Dei assisted Mr. Lewis in the creation of the Black majority-minority congressional districts contained in the Unity Map.  To this end, Ms. Bair and Mr. Dei, inter alia, participated in meetings and conferences with Plaintiffs –Intervenors counsel and the counsel for the Ramos and Lee Intervenors concerning the Unity Map and the congressional districts maps drawn by the Court's expert. See Declaration of Zulema Blair, dated December 18, 2013; Declaration of Edwin Dei, dated December 13, 2013.

22.  Zulema Blair received her Bachelor of Arts in Political Science from Boston College in 1995, her Master of Public Administration and her Ph. D. from Binghamton University (SUNY) in respectively May 1998 and May 2002. Dr. Blair is presently an Adjunct Assistant Professor in the Department of Political Science at John Jay College of the City University of New York. See Exhibit A attached to the Declaration of Zulema Blair.

23. Ms. Blair devoted 19 hours to this matter.  See Exhibit B attached to the Declaration of Zulema Blair. Plaintiffs-Interevenors request compensation for Dr. Blair at an hourly rate $100.00.

24. Mr. Dei received his Bachelor of Arts in Economic from Fordham University in 1981 and his Master of Arts in International Political Economy and Development from Fordham 1986. Mr. Dei has extensive experience in research and data and statistical analysis. See Declaration of Edwin Dei, dated December 18, 2013.

23. Mr. Dei devoted nine hours to this case. Exhibit B  to the Declaration of Edwin Dei. Plaintiffs-Intervenors are requesting that Mr. Dei be compensated at an hourly rate of $75.00. .

24. In conclusion, the requests payment of attorneys' fees and expert fees as follows:

**Center for Law and Social Justice:**

| | |
|---|---|
| Joan P. Gibbs | $44,000.00 |
| Esmeralda Simmons | $40,950.00 |

**Payment to Experts**

| | |
|---|---|
| Frank Lewis | $11,000.00 |
| Zulema Blair | $1,900.00.00 |
| Edwin Dei | $675.00.00 |

**WHEREFORE**, the undersigned respectfully requests that the Court grant Plaintiffs-Interevenor motion for attorneys' fees, and costs in all respects.

.   Dated: Brooklyn, New York
        December 19, 2013

                                        Respectfully submitted,

                                        /s/     Joan P. Gibbs

**All Counsel via ECF**

# EXHIBIT A

JOAN P. GIBBS
441A Classon Avenue
Brooklyn, New York 11238
(718) 789-1801 (home)
(718) 757-4093 (mobile)
joanpgibbs2012@gmail.com

**LEGAL AND ADMINSITRATIVE EXPEREINCE**

**CENTER FOR LAW AND SOCIAL JUSTICE**
Medgar Evers College, City University of New York
Brooklyn, New York
**GENERAL COUNSEL,** September 1996 to Present
Serve as lead counsel in all CLSJ litigation and director of legal projects such as the Center for Law and Social Justice Immigration Law Program; recruit and supervise law school and undergraduate interns, write fundraising proposals, annual and other reports.


**CENTER FOR LAW AND SOCIAL JUSTICE**
Medgar Evers College, City University of New York
Brooklyn, New York
**PROJECT DIRECTOR,** June 1995 to September 1996
Served as Project Director of CLSJ's Fair Housing and Police and Racial Violence projects;  provided legal counseling, referrals and representation to victims of housing discrimination and police misconduct; edited and wrote articles for Fair Housing Project's  newsletter, *Housing Matters*;  developed and directed education and outreach activities, wrote fundraising proposals and reports.


**CENTER FOR CONSTITUTIONAL RIGHTS**
New York, New York
**STAFF ATTORNEY,** April 1987 to December 1994
Litigated constitutional, civil rights and criminal cases in federal and state court involving claims of government misconduct and discrimination on the basis of race, gender, sexual orientation and HIV status.

**AMERICAN CIVIL LIERTITES UNION FOUNDATION WOMEN'S RIGHTS PROJECT**
NEW York, New York
**STAFF COUNSEL,** August 1986 to April 1987
Analyzed, and wrote memoranda on a variety of substantive and procedural issues in cases involving sex discrimination under  the United States Constitution and state constitutions and Title VII of the Civil Rights Act of 1964; responded to requests for assistance for ACLU affiliates, volunteer attorneys and individuals.

**AMERICAN CIVIL LIERTITES UNION FOUNDATION NATIONAL LEGAL OFFICE**
New York, New York
**Marvin M. KARPATKIN FELLOW,** August 1985 to August 1986
Researched and drafted petitions for certiorari and amicus briefs to the United States Supreme Court; analyzed and wrote memoranda on cases  pending before and decided by the United States Supreme Court; responded to requests for assistance for ACLU affiliates, volunteer attorneys and individuals.

**CENTER FOR CONSTITUTIONAL RIGHTS**
New York, New York
**STAFF ATTORNEY,** January 1985 to May 1985
Researched and drafted amicus briefs, complaints and memoranda in cases involving government misconduct and discrimination on the basis of sexual orientation; co-authored three educational pamphlets.


**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND**
NEW York, New York
**Summer Intern,** July 1984 to September 1984
Researched and drafted memoranda on a variety of issues for two habeas  corpus cases involving civil workers convicted of voter fraud.

**RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN**
New York, New York
**Summer Intern** , July 1983 to August 1983
Prepared analytical summaries of the  FBI files on past and present National Lawyers Guild (NLG); drafted affidavits for plaintiffs in National Lawyers Guild v. Attorney General.  A case challenging the government's surveillance of the NLG.

**National Conference of Black Lawyers**
New York, New York
**Summer Intern**, May 1983 to July 1983
Worked in national office on reports and other documents for upcoming national annual convention.

### OTHER EMPLOYMENT EXPEREINCE

**THE GRAND JURY PROJECT**
New York, New York
**STAFF,** October 1979 to September 1983
Researched and drafter sections of annual updates to Representation of Witnesses Before Federal Grand Juries (Clark Boardman Co, Ltd, New York, New York); wrote and edited articles for the Project's newsletter, Quash; wrote fundraising proposals and organized and spoke at community forums on federal juries.

**LIBERATION NEWS SERVICE**
New York, New York
**WRITER, EDITOR, PRINTER** , September 1977 to September 1979
Wrote and edited articles on a variety of topics, printed weekly news and graphics packets.


### TEACHING EXPERIENCE

**COLLEGE NOW, MEDGAR EVERS COLLEGE, CUNY**
Brooklyn, New York
**ADJUNCT INSTRUCTOR**  -  September 2002  to June 2009
Taught college credit course to high school on the history of the African American civil rights movement in the United States.

**PROJECT ENABLE, LAGUARIDA COMMUNITY COLLEGE,CUNY**
Queens, New York
**ADJUNCT  INSTRUTOR**  - March  1995 to December 1995
Taught writing, social studies, literature and science in GED program for people receiving  public benefits and without homes.

**COLLEGE OF NEW ROCHELLE**
Bronx,  New York
**ADJUNCT  INSTRUTOR**  -September  1992 to December 1992
Taught two writing courses.

**RUTGERS UNIVERSITY SCHOOL OF LAW**
Newark, New Jersey
**ADJUNCT PROFESSOR** – September 1989 to May 1990
Co-taught two credit seminar and supervised sections of four-credit seminar on constitutional and civil rights litigation in the Constitutional  Litigation Clinic.

**HUNTER COLLEGE, CUNY**
New York, New York
**ADJUNCT PROFESSOR** – September 1989 to May 1988
Taught three credit seminar on Women and the Law.

**DOUGLAS COLLEGE, RUTERGS UNIVERSITY**
New Brunswick, New Jersey
**ADJUNCT INSTRUCTOR,**  January 1985 to June 1986
Taught three credit seminar on Women and the Law.

**MINORITY STUDENTS PROGRAM, RUTGERS UNIVERSITY SCHOOL OF Law**
Newark, New Jersey
**TUTOR** – September 1983 to December 1984
Tutored property and criminal law to first year law students.

## EDUCATION

**RUTGERS UIVERSITY SCHOOL OF LAW**
Newark, New Jersey
JD, June 1985
Awards and Prizes:  Justice Henry Ackerson, Jr. Award 1985, Carol Russ Memorial Prize 198s, Association of Black Law Students Service Award 1984 and 1985
Scholarships and Grants:  Marian Davis Scholarship 1983 and 1984, Law Students Civil Rights Grant 1983 and 1984

**EMPIRE STATE COLLEGE, STATE UNIVERSITY OF NEW YORK**
Brooklyn, New York
**Bachelor of Arts**, English Literature and Creative Writing, June 1982

**BRONX HIGH SCHOOL OF SCIENCE**
Bronx, New York
High School Diploma, June 1971

## BAR MEMBERSHIPS

**New York** (Second Department), 1986
**New Jersey**, 1986
**United States Court of Appeals for the Eighth Circuit**, 1986
**United States Court of Appeals for the Second Circuit**, 1991
**United States District Court for the District of New Jersey**, 1986
**United States District Court for the Southern District of New York**, 1988
**United States District Court for the Eastern District of New York** , 2000
**United States Supreme Court**, 2012

## HONORS AND AWARDS

**Medgar Evers College Pre-Law Society, Community Service Award, February 25, 2011**

**Medgar Evers College, CUNY, HEO of the Year,** May 24, 2006

**New York City Council, City Councilmember Charles Barron, Proclamation for Community Activism and Service,** March 9, 2005

**Family and Friends of Mutulu Shakur, Breaking the Chains Award,** May 12, 2001

**Brooklyn Borough President, Citation for Community Service,,** June 10, 1998

**Lesbian and Gay Student Caucus, Rutgers University School of Law, Newark, New Jersey, Distinguished Graduate Award**, April 12, 1996

**Empire State College, State University of New York, Brooklyn, New York, 20th Anniversary Sojourner Truth Distinguished Alumni Award**, October 20, 1994

**New York University School of Law Association of Black Law Students and Harriet Tubman-**

**Fannie Lou Hamer Collective, Human Rights Award**, December 4, 1990

## SELECTED CASES

Favors v. Cuomo, 11 Civ. 5632 (E.D.N.Y. ) pending challenge to  New York's 2012  state legislative redistricting plans on the grounds that they violate the Fourteenth Amendment and Section 2 of the Voting Rights Act of 1965.

In re New York City Department of Education, (Case No. 02-12-1345), pending complaint to the United States Department of Education alleging that the New York City Department of Education discriminates against African -American and Latinos students in the admission process for its eight "Specialized High Schools" in violation of Title VII of the Civil Rights Act of 1964.

<u>Little v. LATFOR</u>, successful defense of New York State law requiring that incarcerated persons be counted at their last known home addresses for redistricting purposes rather than their  place of incarceration.

<u>Hayden v. Paterson</u>, unsuccessful challenge to New York State's felon disenfranchisement laws. <u>See e.g.</u>, <u>Hayden v. Pataki</u>, 594 F. 3d 150 (2nd Cir. 2010).

<u>People United for Children v. City of New York</u>, successful challenge to New York City's child welfare policies on the grounds that the were enforced in violation of, inter alia, the Fourteenth and Fourth amendments to the Unites States Constitution. See e.g., 108 F. Supp. 275 (S. D.N.Y. 2000).

<u>Sheppard v. Consolidated Edison</u>, successful challenge to Consolidated Edison's promotion policies on the grounds that they discriminated against African Americans in violation of, inter alia, Title VII of the Civil Rights Act 0f 1964. See e.g., 2002 U.S. Dist. LEXIS 16314 (E.D. N.Y. 2002).

<u>Ferguson v. FBI</u>, partially successful challenge to FBI's refusal to disclose nearly twenty-five year old FBI files pertaining to Herman Ferguson, a New York City Black educator and activist who was targeted by the FBI and NYCP in the 1960s because of his political beliefs and associations and was subsequently convicted of conspiracy charges. <u>See e.g.</u>, 866 F. 2d 22 (2nd  Cir. 1989).

<u>In the Matter of Anne Pilsbury</u>, successful challenge to a federal district court order summarily holding an attorney in criminal contempt for failing to promptly leave the court. 866 F. 2d 22 (2nd Cir. 1989).


### MEMBERSHIPS

**New York City Voter Assistance Advisory Committee** (appointed by New York City five borough presidents), member, 2011 to Present.

**Medgar Evers College, CUNY, College Council**, member, 2011to  Present.

**Brecht Forum, Board of Directors, member and co-chair of the Board**, 2005 to Present

**National Conference of Black Lawyers**, member, 1986 to Present.

### References Available Upon Request

# EXHIBIT B

Joan P. Gibbs
Favors v. Cuomo
Time Records

| Date | Activity | Time |
|------|----------|------|
| 11/21/2011 | Review's Plaintiffs Complaint | 1.30 |
| 11/21/2011 | Research re: motion to intervene | 3.00 |
| 11/23/2011 | Calls to Clients | 2 .00 |
| 11/28/2011 | Research re: Client's Affidavits | 2.00 |
| 12/05/2011 | Drafting Clients' Affidavits | 3.00 |
| 12/5/2011 | Black NYers for Fair Redistricting Meeting: re Congressional districts | 2.00 |
| 12/07/2011 | Meeting with Gene Johnson re: affidavit | 1.00 |
| 12/08/2012 | Call to Aida Forrest re: affidavit | .15 |
| 12/09/2011 | Meeting with Donna Drayton re: affidavit | 2.00 |
| 12/10/2013 | Meeting with Eddie Ellis re: affidavit | 1.30 |
| 12/12/2011 | Drafting Proposed Complaint in Intervention | 5.00 |
| 12/13/2011 | Drafting Notice of Motion, Motion and Memorandum in Support of Motion | 4.00 |
| 12/15/2011 | Conference call re congressional districts with counsel and experts | 2.00 |
| 12/19/2011 | Finalizing Intervention Papers | 1.30 |
| 12/20/2011 | Reviewing Judge Irizzary's Order, dated 12/20/2011 | .10 |

17

Joan P. Gibbs
Favors v. Cuomo
Time Records

| Date | Activity | Time |
|---|---|---|
| 12/28/2011 | Reviewing Ramos and Lee Intervenors papers, and Motion to Dismiss | 2.00 |
| 12/29/2011 | Reviewing Opposition to Motion to Dismiss and other submissions | .30 |
| 01/02/2012 | Conference with co- counsel E. Simmons and Randolph M. McLaughlin and Jeffrey M. Norton | 1.00 |
| 01/06/2012 | Reviewing Plaintiffs' and Defendants' Roman Hedges *et al* response to Plaintiffs –Intervenors motion to intervene | . 20 |
| 01/09/2012 | Reviewing reply in support of motion to dismiss | .30 |
| 01/13/2012 | Reviewing response to Plaintiff-Intervenors motion to intervene | .30 |
| 01/19/2012 | Reviewing Plaintiffs' letter to court and memorandum in opposition to motion to dismiss | 1.00 |
| 01/27/2012 | Reviewing Judge Irizarry's Order, 01/27/2012 | .05 |
| 1/27/2012 | Meeting with counsel for Drayton, Ramos and Lee plaintiffs-intervenors, and experts re: congressional districts; Unity Map | 2.00 |
| 02/10/2012 | Meeting re congressional districts with LatinoJustice/PRLDF, Asian American Legal Defense Fund | 2.00 |
| 02/13/2012 | Reviewing Judge Irizarry's request to Chief Judge of Second Circuit requesting appointment of three Judge court | .20 |
| 02/14/2012 | Reviewing Judge Irizarry's Order designation of members of Three Judge Court | .05 |

Joan P. Gibbs
Favors v. Cuomo
Time Records

| Date | Activity | Time |
|------|----------|------|
| 02/16/2012 | Writing letter to court in compliance with Court's 2/14/2012 Order | . .10 |
| 02/21/2012 | Reviewing scheduling orders and Court submissions | .20 |
| 02/22/2012 | Reviewing Court order re: preparation of a list of experts | .05 |
| 02/23/22 | Research re and calls to potential experts | 1.00 |
| 02/22/2012 | Preparation for, and at conference with co-counsel | 3.00 |
| 02/23/2012 | Meeting re congressional districts with LatinoJustice/PRLDF, etc. | 2.00 |
| 02/24/2012 | Writing  letter to Court in compliance with February 22, 2012 | .10 |
| 02/25/2012 | Writing revised letter to Court in re letter in compliance with February 22, 2012 | .10 |
| 02/27/2013 | Court Appearance | 2.50 |
| 02/28/2012 | Reviewing Court order re: referral to Magistrate Judge of task of creating congressional districts | .10 |
| 02/28/2012 | Drafting memorandum in support of Congressional Unity, and gathering accompanying exhibits | 4.00 |
| 02/29/2012 | Conference with counsel re:  congressional maps | 1.00 |
| 03/01/2012 | Telephone conference with co-counsel and experts | 1.00 |
| 03/02/2012 | Telephone conference with counsel and experts | 1.00 |
| 03/04/2012 | Telephone conference with counsel re hearing and testimony  Of Esmeralda Simmons and Andrew Beveridge | 1.00 |

Joan P. Gibbs
Favors v. Cuomo
Time Records

| Date | Activity | Time |
|------|----------|------|
| 03/02/2012 | Reviewing parties submissions re: congressional map | 1.30 |
| 03/05/2012 | Court Appearance | 5.00 |
| 03/05/2012 | Research re and drafting letter to Court in response to Court Order, dated March 5, 2012 | 1.00 |
| 03/07/2012 | Reviewing answers to Plaintiffs-Intervernors complaint | 2.00 |
| 3/7/2012 | Conference call with Plaintiffs-Intervenors counsel, and experts re: congressional districts | 1.00 |
| 03/12/2012 | Reviewing court orders, dated 03/12/2012 re: Magistrate Mann's Report and Recommendation | 4.00 |
| 03/13/2012 | Telephone conference with co-counsel re Magistrate Judge Report and Recommendation | 1.00 |
| 03/13/2012 | Telephone conference with co-counsel and experts re Magistrate Mann's Report and Recommendation | 1.00 |
| 3/13/2012 | Reviewing Judge Mann's proposed congressional maps with Plaintiffs-Intervenors counsel, and experts | 5.00 |
| 03/14/2012 | Drafting letter to court re March 12, 2012 | .30 |
| 03/14/2012 | Reviewing parties' submissions re Magistrate Mann's Report and Recommendation | 3.00 |
| 03/15/2012 | Court Appearance; public hearing re | 6.00 |
| 3/16/2012 | Conference with Plaintiffs-Intervenors counsel, and and experts re: congressional districts | 1.00 |

| | | |
|---|---|---|
| 03/19/2012 | Reviewing Court Order adopting Magistrate Mann's Report and Recommendation | 2.00 |
| 12/02/2013 | Review Defendant Cuomo's Opposition to Plaintiffs-Intervenors' Motion for Attorneys' Fees, Expert Fees | .30 |
| 12/ 13/2013 | Research re: 42 U.S.C. Section 1973le and 42 U.S.C. Section 1988 | 2.00 |
| 12/14/2013 | Drafting Motion, Memorandum and Declarations | 4.00 |
| 12/ 16/2013 | Reviewing time records of attorneys, and experts | 4.00 |
| 12/17/2013 | Editing declarations | 2.00 |
| 12/18/2013 | Finalizing motions papers | 3.00 |

**TOTAL:**                    **110 HOURS**

# EXHIBIT C

# ESMERALDA  SIMMONS

272 Hancock Street                                           (O) 718 804-8893
Brooklyn, New York 11216                                     (H) 718 789-9609
eslyjj@aol.com

## Legal and Administrative Experience

**CENTER  FOR  LAW AND SOCIAL JUSTICE**
Medgar Evers College, City University of New York
1150 Carroll Street, Brooklyn, NY 11225
**EXECUTIVE  DIRECTOR -** 1985 to Present

As the founding director, lead and develop a community-based racial justice advocacy center that focuses on legal work and research civil/human rights.  DUTIES: Represent the Center at community meetings, in court, at public hearings and conferences, and on a variety of governmental policy task forces.  Plan, generate and administer major funding for the Center.  Regularly speak on human rights and civil rights issues, Center projects and pressing issues of social injustice.  Provide community organizations with legal counsel and research assistance.  Supervise attorneys, project directors, research staff, and administrators.  Advocate on racial issues such as public education, voting rights, police brutality, discrimination cultural rights, and child welfare system abuses.

**New York State Division of Human Rights,** New York, NY
**FIRST DEPUTY COMMISSIONER -** 1983 to 1985

Develop public policy on major human/civil rights issues.  Administer and supervise the senior staff of this New York State agency which enforces the N.Y.S. Human Rights Law.  Interact with the governor's office and state commissioners and executives on topical issues and policy in support of the human/civil rights viewpoint.

**New York State Department of Law (Attorney General's Office)**
New York, NY **ASSISTANT ATTORNEY GENERAL -** 1982 to 1983

**United States Department of Education, OFFICE FOR CIVIL RIGHTS,**
New York, NY **REGIONAL CIVIL RIGHTS ATTORNEY** - 1980 to 1982

**United States District Court, Eastern District of New York** (Brooklyn, NY)
**Honorable HENRY BRAMWELL, United States District Judge**
**LAW CLERK** - 1979 to 1980, Student Law Clerk - 1976 to 1978

**New York City Law Department (Corporation Counsel's Office)**
Employment and Civil Rights Division, New York, NY
HONORS PROGRAM ATTORNEY - 1978 TO 1979


## EDUCATIONAL EXPERIENCE


- **Member, New York City BOARD of EDUCATION -** Appointed by the mayor of New York City. 1993-1994
- **CHAIR, Board of Trustees,** Community School District 17- Appointed by the New York City Public School Chancellor. 1994-1996
- **Member, New York State BOARD OF REGENTS'** *LOW PERFORMING SCHOOLS TASK FORCE* 1992-1994
- **ADJUNCT PROFESSOR:**      **Benjamin Cardozo School of Law**, Yeshiva University, New York. VOTING RIGHTS LAW -- 1992-1994
                            **Medgar Evers College, CUNY,** Brooklyn, New York.

                    AFRICAN AMERICAN HISTORY and CULTURE -- 1988-1992


## EDUCATION


**COLUMBIA UNIVERSITY,** New York -- *REVSON FELLOWSHIP FOR THE FUTURE OF THE CITY OF NEW YORK,* The Effect of Cultural Differences on Society and Politics. 1996-1997


**BROOKLYN LAW SCHOOL,** Brooklyn, N.Y., J. D., February 1978.


**HUNTER COLLEGE, CUNY,** New York, NY.  B.A., Black and Puerto Rican Studies/ Mathematics, June 1974.

### Bar Admissions

United States Supreme Court, 1983
New York State, 1978
United States District Courts- E.D.N.Y.,1978; S.D.N.Y.,1978

## SELECTED AWARDS

- Public Interest Lawyer of the Year – CUNY Law School 2005
- Woman Leadership Award – NY City Council 2003
- Political Empowerment Award -- Vannguard Independent Democratic Assn. 2002
- Windcall Activist Retreat  2000
- Vallecitos Mountain Refuge Fellowship 1999
- "Appreciation" Award, COMTO NETS (NYC Transit Workers) 1998
- "Defense of Civil Rights and Enriching Culture" NYC Comptroller Alan Hevesi 1995
- "Education Award," New York State Black and Puerto Rican Legislators Assn. 1994
- "Keeper of the Dream" Award, Johnson Preparatory School 1993
- "Appreciation Award" Parent Association of Midwood H. S. 1993
- Ellen Lurie Community Service Award - Community Service Society 1992

## BOARDS AND ORGANIZATIONS

Board of Directors/ Advisors
Applied Research Center
Black Brooklyn Empowerment Convention, Inc.
Council of Elders of Dance Africa of New York
Fund for Social Change
M.A.A.T., Inc.
The Revson Fellowship for the Future of the City of New York at Columbia Univ.
Vallecitos Mountain Refuge, Inc. (until Feb 2007)


Organizations
Metropolitan Black Bar Assn.
Ile Ase, Inc.
New York Voting Rights Consortium
Roundtable of Institutions of People of Color at the Wagner School for Public Service, NYU


Selection Committees/ Judge
Union Square Awards
New York Social Justice Fellowship
People United for Children's Family Reunification Awards

# EXHIBIT D

Esmeralda Simmons
Favors v. Cuomo
Time Records

| Date | Activity | Time |
|------|----------|------|
| 10/26/2011 | Meeting with expert Frank Lewis | 1.00 |
| 11/01/2011 | Meeting with expert Dr. Zulema Blair | 1.00 |
| 11/21/2011 | Review Plaintiff's Complaint | 1.50 |
| 12/06/2011 | Review of draft of clients' Affidavits | 2.00 |
| 12/14/2011 | Review of draft Notice of Motion, Motion, Memorandum in Support of Motion and Draft Complaint in Intervention | 2.00 |
| 12/15/2011 | Meeting with Ramos and Lee intervenors' counsel and experts re Congressional UNITY Map | 2.00 |
| 12/19/2011 | Final Review of Notice of Motion, Motion, Memorandum in Support of Motion and Draft Complaint in Intervention | 1.00 |
| 12/20/2011 | Review of District Court Judge Irizzary's Order of 12/20/2011 | .10 |
| 12/28/2011 | Review of Ramos and Lee Intervenors' Intervention Motions, Complaints and Memoranda and Defendants' Motions to Dismiss | 2.00 |
| 12/29/2011 | Review Opposition to Motion to Dismiss and other  submissions | .50 |
| 01/02/2012 | Conference call with co-counsel Joan P. Gibbs, Randolph M. McLaughlin and Jeffrey M. Norton | 1.00 |
| 01/06/2012 | Review Plaintiffs' and Defendants' Roman Hedges *et al* Response to Plaintiffs–Intervenors Motion to Intervene | .50 |
| 01/09/2012 | Attend LATFOR public Meeting in Albany | 1.0 |
| 01/10/2012 | Review reply in support of motion to dismiss | .50 |
| 01/13/2012 | Review Response to Plaintiff-Intervenors' Motion to Intervene | .50 |

| | | |
|---|---|---|
| 01/17/2012 | Meeting with expert Edwin Dei | 1.00 |
| 01/19/2012 | Review Plaintiffs' letter to Court and Memorandum in Opposition to Motion to Dismiss | .50 |
| 01/27/2012 | Strategy meeting with Ramos and Lee intervenors' counsel and experts | 2.00 |
| 01/27/2012 | Review of D. C. Judge Irizarry's Order of 01/27/2012 | .25 |
| 02/01/2012 | Attend and present testimony at LATFOR's public hearing (Bklyn.) | 3.00 |
| 02/10/2012 | Meeting re congressional districts | 2.00 |
| 02/13/2012 | Reviewing Judge Irizarry's request to Chief Judge of Second Circuit requesting appointment of three Judge court | .25 |
| 02/14/2012 | Reviewing Judge Irizarry's Order re designation of members of Three Judge Court | .25 |
| 02/16/2012 | Review of letter to Court re 2/14/2012 Order | .10 |
| 02/21/2012 | Review of Court's scheduling Orders and Court submissions | .25 |
| 02/22/2012 | Review of Court's Order re: preparation of a list of experts | .10 |
| 02/22/2012 | Meeting with co-counsel | 2.00 |
| 02/23/2012 | Meeting with co-counsel and experts re Congressional UNITY Map | 3.00 |
| 02/24/2012 | Review of letter to Court in compliance with 2/22/ 2012 Order | .25 |
| 02/27/2012 | Draft and review of Memorandum and exhibits in support of Congressional Unity Map | 3.00 |
| 02/27/2013 | Court Appearance | 2.50 |
| 02/28/2012 | Review of Court order re referral of task of creating congressional districts to Magistrate Judge | .25 |
| 02/28/2012 | Final review of Memorandum and exhibits in support of Congressional Unity Map | 1.00 |
| 02/29/2012 | Conference with counsel re congressional maps | 1.50 |
| 02/29/2012 | Meeting with experts F .Lewis and Z. Blair re their analyses of | 1.00 |

alternative Congressional plans

| | | |
|---|---|---|
| 03/01/2012 | Telephone conference with co-counsel and experts | 1.00 |
| 03/02/2012 | Telephone conference with co-counsel and experts | 1.00 |
| 03/02/2012 | Review parties' submissions re: congressional map | 5.00 |
| 03/02/2012 | Draft testimony | 5.00 |
| 03/03/2012 | Review and editing testimony | 3.00 |
| 03/04/2012 | Telephone conference with co-counsel re hearing and testimony of Esmeralda Simmons and  Dr. Andrew Beveridge | 1.00 |
| 03/04/2012 | Reading law review articles and prep for Ct. "Hearing" on Congressional Plans | 2..00 |
| 03/05/2012 | Final preparation for presentation at Ct. Hearing | 2.00 |
| 03/05/2012 | Court Appearance and presentation | 4.00 |
| 03/06/2012 | Review of letter to Court in response to Court Order 3/5/ 2012 | .30 |
| 03/6/2012 | Conf. call with LatinoJustice/PRLDF and Asian American Legal Defense Fund intervenors' counsel | 2.00 |
| 03/07/2012 | Review answers to Plaintiffs-Intervernors' complaint | 1.00 |
| 03/12/2012 | Review Court Orders 03/12/2012 re: Magistrate Judge Mann's Report and Recommendation | 4.00 |
| 03/13/2012 | Conference call with co-counsel re Magistrate Judge's Report and Recommendation | 1.00 |
| 03/14/2012 | Review draft letter to Court re 3/12/ 2012 Order | .15 |
| 03/14/2012 | Review of parties' submissions re Magistrate Mann's Report and Recommendation | 3.00 |
| 03/15/2012 | Court appearance: public hearing re Congressional | 6.00 |

| 3/16/2012 | Meeting with LatinoJustice/PRLDF and Asian American Legal Defense Fund intervenors' counsel and experts re Congressional map | 2.00 |
| 03/19/2012 | Review and confer with co-counsel re Court Order adopting Magistrate Mann's Report and  Recommendation | 2.00 |

**Total: 88 hours and 25 minutes**